Kenneth S. Alexander
3901 Taft Drive, #D-10
Anchorage, AK 99517
(907) 727-6914

**FILED**

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KENNETH S. ALEXANDER        )   CASE NO.:
                            )
                            )
        **Plaintiff,**       )
                            )
                            )
        **v.**               )
                            )   CASE NUMBER  1:06CV01190
                            )
UNITED STATES OF AMERICA;    )   JUDGE: Emmet G. Sullivan
UNITED STATES DEPARTMENT OF  )
JUSTICE; FEDERAL BUREAU OF   )   DECK TYPE: Pro se General Civil
PRISONS; FEDERAL DETENTION   )
CENTER SEATAC; FEDERAL       )   DATE STAMP: 06/29/2006
DETENTION CENTER SEATAC      )
HEALTH SERVICES; FEDERAL COR-)
RECTIONS INSTITUTION SHERIDAN; )
FEDERAL CORRECTION INSTITUTION )
SHERIDAN HEALTH SERVICES;    )   **Court Room:**
FEDERAL CORRECTIONS          )
INSTITUTION LOMPOC; FEDERAL  )
CORRECTIONS INSTITUTION      )
LOMPOC HEALTH SERVICES;      )
FEDERAL CORRECTIONS          )
INSTITUTION VICTORVILLE 1;   )   **COMPLAINT Of:**
FEDERAL CORRECTIONS          )
INSTITUTION VICTORVILLE 1    )   **CRUEL & UNUSUAL PUNISHMENT AND**
HEALTH SERVICES; STATE OF    )   **PHYSICAL INJURIES ARISING FROM**
ALASKA; ALASKA DEPARTMENT OF )   **CONSPIRACY; NEGLIGENCE;**
CORRECTIONS; ANCHORAGE       )   **DELIBERATE INDIFFERENCE;**
CORRECTIONS COMPLEX EAST;    )   **DEPRIVATION OF RIGHTS UNDER**
ANCHORAGE CORRECTIONS COMPLEX )   **COLOR OF LAW & DISCRIMINATION**
EAST HEALTH SERVICES;        )   **BASED ON RACE & RELIGION,**
ANCHORAGE CORRECTIONS COMPLEX )   **AND DAMAGES**
WEST; ANCHORAGE CORRECTIONS  )
COMPLEX WEST HEALTH SERVICES;)
BUCKY BAY-MD FDC SEATAC;     )
D. NGUYEN-MD FCI LOMPOC;     )
V. CHAKUNAKIAN-MD FCI LOMPOC;)   **JURY TRIAL DEMANDED**

1

JESUS FERNANDEZ-MD FCI          )
VICTORVILLE 1; D. KEENE-PA      )
USPHS FDC SHERIDAN; L.M.        )
CASTILLO-MLP FCI VICTORVILLE;   )
V. MALINGKAS-MLP FCI            )
VICTORVILLE 1; A. MIROSHNICK-   )
RN II ACC-W; Simms-PA           )
ANCHORAGE CORRECTIONS COMPLEX   )
EAST & WEST; B.G. COMPTON-      )
WARDEN FCI LOMPOC; NORWOOD-     )
WARDEN FCI VICTORVILLE 1; S.A.  )
HOLENCIK-DEPUTY WARDEN FCI      )
VICTORVILLE 1; JEFF BREWER-     )
UNIT MANAGER FCI LOMPOC;        )
HIATT-CASE MANAGER FCI LOMPOC;  )
C. CLINTON-UNIT MANAGER FCI     )
VICTORVILLE 1; HILL-CASE        )
MANAGER FCI VICTORVILLE 1;      )
AND DOES I THROUGH X            )
INCLUSIVELY,                    )
                               )
                               )
              **Defendants.**      )
_____ )    **JURY TRIAL DEMANDED**

## Complaint
I

### Allegations

**CONSPIRACY TO DENY, AND DENIAL OF ACCESS TO REASONABLE HEALTH CARE, FAILURE TO PROVIDE REASONABLE HEALTH CARE, COMPOUND PHYSICAL INJURIES DUE TO CONSPIRACY TO DENY AND/OR ALLOW ACCESS TO REASONABLE HEALTH CARE, DISCRIMINATION BASED ON RACE AND RELIGIOUS BACKGROUND, AND DAMAGES**

COMES NOW, Kenneth S Alexander, Pro Per Plaintiff, by and on his own behalf without assistance of counsel.  Plaintiff complains herein of Defendants, and each of them, for physical injuries motivated by deliberate indifference, racial and religious biasness while in care and control of the State of

2

JESUS FERNANDEZ-MD FCI            )
VICTORVILLE 1; D. KEENE-PA        )
USPHS FDC SHERIDAN; L.M.          )
CASTILLO-MLP FCI VICTORVILLE;     )
V. MALINGKAS-MLP FCI              )
VICTORVILLE 1; A. MIROSHNICK-     )
RN II ACC-W; Simms-PA             )
ANCHORAGE CORRECTIONS COMPLEX     )
EAST & WEST; B.G. COMPTON-        )
WARDEN FCI LOMPOC; NORWOOD-       )
WARDEN FCI VICTORVILLE 1; S.A.    )
HOLENCIK-DEPUTY WARDEN FCI        )
VICTORVILLE 1; JEFF BREWER-       )
UNIT MANAGER FCI LOMPOC;          )
HIATT-CASE MANAGER FCI LOMPOC;    )
C. CLINTON-UNIT MANAGER FCI       )
VICTORVILLE 1; HILL-CASE          )
MANAGER FCI VICTORVILLE 1;        )
AND DOES I THROUGH X              )
INCLUSIVELY,                      )
                                  )
                                  )
              **Defendants.**     )
_____     )    **JURY TRIAL DEMANDED**

I

Allegations

**CONSPIRACY TO DENY, AND DENIAL OF ACCESS TO REASONABLE HEALTH
CARE, FAILURE TO PROVIDE REASONABLE HEALTH CARE, COMPOUND
PHYSICAL INJURIES DUE TO CONSPIRACY TO DENY AND/OR ALLOW ACCESS
TO REASONABLE HEALTH CARE, DISCRIMINATION BASED ON RACE AND
RELIGIOUS BACKGROUND, AND DAMAGES**

COMES NOW, Kenneth S Alexander, Pro Per Plaintiff, by and on

his own behalf without assistance of counsel.  Plaintiff

complains herein of Defendants, and each of them, for physical

injuries motivated by deliberate indifference, racial and

religious biasness while in care and control of the State of

Alaska, Department of Corrections and while indirect / indirect custody of The United States of America.

Defendant's denial and failure to provide and/or allow access to reasonable health care and treatment, conspiracy to deny and/or access reasonable health care and treatment were based on African American ethnic background & Islamic religion affiliation of Plaintiff during a term of incarceration.

As a direct result of negligence, deliberate indifference and biasness of Defendants, and each of them, Plaintiff suffered physical and emotional pain and suffering and stand to suffer progressive physical and emotional pain and suffering.  Moreover, Plaintiff has incurred, and stand to incur substantial compensatory and consequential monetary damages for medical and related expenses.

Concerted actions and in-actions of the Defendants, and each of them, were perpetrated by use of their official offices and capacities.  Were synchronized deliberate, malicious and bad faith intended.  In violation of ARTICLE (VIII.) of the U.S. Constitution, and USC Title 18 § 241, 242, that prohibit Cruel and Unusual Punishment, Conspiracy Against Rights and Deprivation of Rights Under Color of Law, respectively.

Plaintiff herein request monetary relief and is entitled to recover medical, employment losses, physical / emotional pain and suffering and incidental damages caused by Defendants, and each of them, in the amount of: $11,700,000.00.

3

Alexander v. USA
Reference (Legend of Exhibits & Exhibits – 50 pages ea. Records.) attached

Defendant United States of America is herein exempt and excluded from demand for monetary, and/or otherwise, relief.

Claims of violations set forth herein occurred while the Plaintiff was in care and control of the State of Alaska; Department of Corrections; indirect / direct care, control and custody of the United States of America; U.S. Department of Justice; and U.S. Bureau of Prisons.

II

Parties Capacities

Plaintiff Pro Per: Kenneth S Alexander (hereinafter Alexander), is at all times herein a 52 year old African American male of Islamic faith, A United States citizen born in Chicago Illinois. Most recent occupation, production line worker. Regular occupation, bookkeeper and computer internetworking technician. Mailing address: 3901 Taft Drive, #D-10, Anchorage, Alaska 99517; (907)727-6914.

Defendant - 1

United States of America (hereinafter Defendant 1). Has a mailing address at: Office of the Solicitor General, 950 Pennsylvania Avenue, NW, Washington, District of Columbia 20530-001, (202)514-2203.

Defendant - 2

United States Department of Justice (hereinafter Defendant 2) was at all times herein mentioned a department of Defendant 1. Established and organized under laws of the United States of

4

America.  Has a mailing address at: Office of the Solicitor
General, 950 Pennsylvania, Avenue, NW, Washington, District of
Columbia 20530-0001, (202)514-2203.

Defendant - 3

Federal Bureau of Prisons (hereinafter Defendant 3), was at
all times herein mentioned an agency of Defendant 2.
Established and organized under the laws of the United States of
America.  Has a mailing address at: Office of the Solicitor
General, 950 Pennsylvania, Avenue, NW, Washington, District of
Columbia 20530-0001, (202)514-2203.

Defendant - 4

Federal Detention Center Seatac (hereinafter Defendant 4),
was at all times herein mentioned a branch subdivision of
Defendant 2.  Established and organized under the laws of the
United States of America. Has a mailing address at: 2425 South
200th Street, Seattle, Washington 98198, (206)570-5700.

Defendant - 5

Federal Detention Center Seatac Health Services,
(hereinafter Defendant 5), was at all times herein mentioned
branch subdivision inmate health facility of Defendant 4.
Established and organized under the laws of the United States of
America.  Has a mailing address at: 2425 South 200th Street,
Seattle, Washington 98198, (202)570-5700.

5

Defendant - 6

Corrections Institution Sheridan (hereinafter Defendant 6), was

at all times herein mentioned a branch subdivision of Defendant

2.  Established and organized under the laws of the United States

of America.    Federal    Has a mailing address at: 27072 Ballston

Road, Sheridan, Oregon 97378, (503)843-4442.

### Defendant - 7

Federal Corrections Institution Sheridan Health Services

(hereinafter Defendant 6), was at all times herein mentioned

branch subdivision inmate health services facility of Defendant

4.  Established and organized under the laws of the United States

of America.  Has a mailing address at: 27072 Ballston Road,

Sheridan, Oregon 97378, (503)843-4442.

Defendant - 8

Federal Corrections Institution Lompoc, (hereinafter

Defendant 8), was at all times herein mentioned a branch

subdivision of Defendant 2.  Established and organized under the

laws of the United States of America.  has a mailing address at:

3600 Guard Road, Lompoc California 93436, (805)736-4154.

Defendant - 9

Federal Corrections Institution Lompoc Health Services

(hereinafter Defendant 9), was at all times herein mentioned a

Alexander v. USA
Reference (Legend of Exhibits & Exhibits – 50 pages ea. Records.) attached

branch subdivision inmate health services facility of Defendant 8. Established and organized under the laws of the United States of America. Has a mailing address at: 3600 Guard Road, Lompoc California, 93436, (805)736-4154.

### Defendant - 10

Federal Corrections Institution Victorville 1 (hereinafter Defendant 10), was at all times herein mentioned a branch subdivision of Defendant 2. Established and organized under the laws of the United States of America. Has a mailing address at: PO Box 5400, Adelanto California, 92301, (760)246-2400.

### Defendant - 11

Federal Corrections Institution Victorville 1 Health Services (hereinafter Defendant 11), was at all times herein mentioned branch subdivision inmate health services facility of Defendant 10. Established and organized under the laws of the United States of America. Has a mailing address at: PO Box 5400, Adelanto California, 92301 (760)246-2400.

### Defendant - 12

State of Alaska (hereinafter Defendant 12), was at all times herein mentioned a noncontiguous state of the United States of America. Established and organized under the laws of the United States of America. Has a mailing address at: Governor's Office 550 W 7th Avenue, Anchorage Alaska, 99513, (907)269-7450.

Defendant - 13

Alaska Department of Corrections (hereinafter Defendant 13), was at all times herein mentioned a department of Defendant 12. Established and organized under the laws of the State of Alaska, United of America. Has a Mailing Address at: 4500 Diplomacy Drive, Anchorage Alaska, 99824, (907)269-7397.

Defendant - 14

Anchorage Corrections Complex East (hereinafter Defendant 14 ACC-E), was at all times herein mentioned a branch subdivision of Defendant 13. Established and organized under the laws of the State of Alaska, United States of America. Has a mailing address at: 1400 East 4th Avenue, Anchorage Alaska, 99513, (907)269-4100.

Defendant - 15

Anchorage Corrections Complex East Health Services (hereinafter Defendant 15 ACC-E), was at all times herein mentioned branch subdivision inmate health services facility. Established and organized under the laws of the State of Alaska, United States of America. Has a mailing address at: 1400 East 4th Avenue, Anchorage Alaska, 99513, (907)269-4100.

Defendant - 16

Anchorage Corrections Complex West (hereinafter Defendant 16 ACC-W), was at all times herein mentioned a branch subdivision of Defendant 13. Established and organized under the laws of the

8

State of Alaska, United States of America.  Has a mailing

address at: 1300 East 4th Avenue, Anchorage Alaska, 99513,

(907)269-0900.

### Defendant - 17

Anchorage Corrections Complex West Health Services

(hereinafter Defendant 16 ACC-W), was at all times mentioned

branch subdivision inmate health services facility of Defendant

16.  Established and organized under the laws of the State of

Alaska, United States of America.  Has a mailing address at: 1300

East 4th Avenue, Anchorage Alaska, 99513, (907)269-0900.

### Defendant - 18

Becky Bay-MD FCI Seatac (hereinafter Defendant 18), was at

all times herein mentioned branch subdivision inmate health

services facility staff physician of Defendant 4.  Licensed to

practice medicine by the American Medical Association,

established and organized under the laws of State of Washington,

United States of America.  Has a mailing address at: 2425 South

200th Street, Seattle Washington, 98198, (206)570-5700.

### Defendant - 19

D. Nguyen-MD FCI Lompoc (hereinafter Defendant 19), was at

all times herein mentioned branch subdivision inmate health

services facility staff physician of Defendant 8.  Licensed to

practice medicine by the American Medical Association,

established and organized under the laws of State of California,

United States of America.  Has a mailing address at: 3600 Guard
Road, Lompoc California, 93436, (805)736-4154.

### Defendant - 20

V. Chakunakian-MD FCI Lompoc (hereinafter Defendant 20), was
at   all times herein mentioned branch subdivision inmate health
services facility staff physician of Defendant 8.  Licensed to
practice medicine by the American Medical Association,
established and organized under the laws of State of California,
United States of America.  Has a mailing address at: 3600 Guard
Road, Lompoc California, 93436, (805)736-4154.

### Defendant - 21

Jesus Fernandez-MD FCI Victorville 1 (hereinafter Defendant
21), , was at  all times herein mentioned branch subdivision
inmate health services facility staff physician of Defendant 10.
Licensed to practice medicine by the American Medical
Association, established and organized under the laws of State of
California, United States of America.  Has a mailing address at:
PO Box 5400, Adelanto California, 92301, (960)246-2400.

### Defendant - 22

D. Keene-PA USPHS FDC Sheridan (hereinafter Defendant 22),
was at all times herein mentioned branch subdivision inmate
health services facility physician's assistant of Defendant 6.
Established and organized under the laws of the State of
California, United States of America.  Has a mailing address at:

27072 Ballston Road, Sheridan, Oregon 97378, (503)843-4442.

Defendant - 23

L.M. Castillo-MLP FCI Victorville 1 (hereinafter Defendant 23), was at all times herein mentioned branch subdivision inmate health services facility physician's assistant of Defendant 10. Established and organized under the laws of the State of California, United States of America.  Has a mailing address at: PO Box 5400, Adelanto California, 992301, (760-246-2400.

Defendant - 24

V. Malingkas-MLP FCI Victorville 1 (hereinafter Defendant 24), was at all times herein mentioned branch subdivision inmate health services facility physician's assistant of Defendant 10. Established and organized under the laws of the State of California, United States of America.  Has a mailing address at: PO Box 5400, Adelanto California, 992301, (760-246-2400.

Defendant - 25

A. Miroshnick-RN II ACC-W (hereinafter Defendant 25), was at all times herein mentioned branch subdivision inmate health services facility registered nurse of Defendant 16.  Established and organized under the laws of the State of Alaska, United States of America.  Has a mailing address at: 1300 East 4th Avenue, Anchorage Alaska, 99513, (907)269-0900.

Defendant - 26

Simms-PA ACC-E & West

11

(hereinafter Defendant 26), was at all times herein mentioned branch subdivision inmate health physician's assistant of Defendants 14 & 16.  Established and organized under the laws of the State of Alaska, United States of America.  Has a mailing address at: Has a mailing address at: 1300 East 4th Avenue, Anchorage Alaska, 99513, (907)269-0900.

Defendant - 27

B.G. Compton-Warden FCI Lompoc (hereinafter Defendant 27), was at all times herein mentioned branch subdivision Warden of Defendant 8.  Has a mailing address at: 3600 Guard Road, Lompoc California, 93436, (805)736-4154.

Defendant - 28

Norwood-Warden FCI Victorville 1 (hereinafter Defendant 28), was at all times herein mentioned branch subdivision Warden of defendant 10. Has a mailing address at: PO Box 5400, Adelanto California, 92301, (760)246-2400.

Defendant - 29

S.A. Holencik-Deputy Warden FCI Victorville 1 (hereinafter Defendant 29), was at all times herein mentioned branch subdivision Deputy Warden at Defendant 10.  Has a mailing address at: PO Box 5400, Adelanto California, 92301, (760)246-2400.

Defendant - 30

Jeff Brewer-Unit Manager FCI Lompoc (hereinafter Defendant 30), was at all times herein mentioned branch subdivision inmate Unit

12

Manager of Defendant 8.  Has a mailing address at: 3600 Guard Road, Lompoc California, 93436, (805)736-4154.

### Defendant - 31

Hiatt-Case Manager FCI Lompoc (hereinafter Defendant 31), was at all times herein mentioned branch subdivision inmate Case Manager of Defendant 8.  Has a mailing address at: 3600 Guard Road, Lompoc California, 93436, (805)736-4154.

### Defendant - 32

C. Clinton-Unit Manager FCI Victorville 1 (hereinafter Defendant 32), was at all times herein mentioned branch subdivision inmate Unit Manager of Defendant 10.  Has a mailing address at: PO Box 5400, Adelanto California, 92301, (760)246-2400.

### Defendant - 33

Hill-Case Manager FCI Victorville 1 (hereinafter Defendant 33), was at all times mentioned branch subdivision inmate Case Manager of Defendant 10.  Has a mailing address at: PO Box 5400, Adelanto California, 92301, (760)246-2400.

### III

### Does I through X Inclusively

Plaintiff will ask leave of this Court to ascertain the true names and identities of Does I through X Inclusively.

13

IV

## Causes of Action

Defendants 1-17 are herein sued in their official capacities, Defendants 18-33 are herein sued in their official and individual capacities.

### First Cause of Action

On or about February 2005, Plaintiff sustained a 5th metacarpal fracture and dislocated injury to his right hand. Plaintiff's hand was caught in a steel cell door.

Injury occurred while in direct care and control of Defendants State of Alaska; Alaska Department of Corrections; ACC-E and indirect custody of Defendants United States of America, and U.S. Department of Justice.

### Second Cause of Action

Plaintiff incorporate by reference, first cause of action.

ACC-E officials were immediately notified and requested to provide immediate treatment. With agreement of Defendants State of Alaska; Alaska Department of Corrections and ACC-E, Defendant Simms-PA determined ex-rays and orthopedic evaluation were not needed.  Applied an inadequate splint to Plaintiff's injury and prescribed ineffective aspirin type pain medication.

14

### Third Cause of Action

ACC-W incorporate by reference, first and second causes of action.

Pain, swelling and decoloration in Plaintiff's hand started to worsen within a matter of hours after application of said splint. Prompting Plaintiff to continue requests for ex-rays and orthopedic evaluation.

Defendants State of Alaska; Alaska Department of Corrections and ACC-E Health Services ultimately permitted ex-rays to be taken, two weeks later. Radiology report indicated a fracture at the base of the right 5th metacarpal, dislocated and partially disfigured. Learning this, Plaintiff insisted on orthopedic evaluation. Being fully advised of Plaintiff's condition, in response, advised the splint and aspirin type medication were sufficient.

### Forth Cause of Action

Plaintiff incorporate by reference, first, second and third causes of action.

Insisting on adequate treatment, Plaintiff filed formal requests with Defendants ACC-E officials.

After the 5th such formal request, Plaintiff was again allowed consultation with Simms-PA who advised "these are bad times be a Muslim, be patient and things will get better."

15

Plaintiff informed Defendants 1-5 of his then, very swollen, de-colored and painful right hand injury.  Defendants were completely advised and aware of seriousness of Plaintiff's injury from medical records that accompanied him.  See attached officials records #A0002, A0001, A00043, A00010, A00012, A00068&68b.

Yet, during "intake" screening, Defendants 1-5 advised that verification of injury would be determined and treated after ex-rays were re-taken and evaluated.

### Seventh Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth and sixth causes of action.

After ex-rays were re-taken ex-ray technician advised Plaintiff that he had impacted a very serious fracture and dislocation at the base of the 5th metacarpal and should remain at the facility until properly treated. See attached official records #A0001 and A0002.

Instead of immediately ordering an orthopedic evaluation and/or adequately treating the injury in-house, prescribed "oxycotin" a very powerful and addictive pain medication, also prescribed were Ranitidine and Naproxen medications and ordered more ex-rays to determine cause of deformity. See attached official records A00010, A0007.

16

During said lay-over Plaintiff starting experiencing excruciating pain and swelling in his right hand and requested the pain medication which had accompanied him. Was advised that no medication was prescribed or accompanied him. Moreover, said Defendant Sheridan Health Services refused to provided any treatment stating there was no injury.

Several days later, upon clearing Plaintiff for continued transport, Defendant D. Keene-PA (with Il-intent) altered the official "Federal Prisoner In Transit Form" by causing to be recorded on the form "THIS INMATE WAS SEEN IN RECEIVING AND DISCHARGE AND HAD NO ACUTE MEDICAL PROBLEMS. NO MEDICATIONS. APPROVED FOR CONTINUOUS TRANSPORT.," with the Defendants official name stamp underneath. See official record #A00044.

Said document originally indicated "Fracture of R hand (sic) displaced nerve (sic) referral to hand Surgeon needed," and recorded instructions "DO NOT DISCONTINUE MEDICATIONS UNTIL CLINICALLY ASSESSED." Defendant D. Keene-PA intended Plaintiff to lose privileges to pain relief medication and misrepresented facts causing continued pain and suffering during transport.

### Tenth Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth and ninth causes of action.

Expecting needed medical treatment from Defendants 1-3 and Federal Corrections Institution Lompoc, Plaintiff requested

17

evaluation by an orthopedic MD and for pain relief medication, to no avail.  Plaintiff was denied based on said altered information in Medical Summary of Prisoner in Transport form indicated in the attached official record numbered A00044.

### Eleventh Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth and tenth causes of action.

Initially, during in-take screening Defendants 1-3 and Federal Corrections Institution Lompoc and its Health Services were fully advised of Plaintiff's injury and need for immediate treatment.  Yet, advised there was no indication of a medical problem, and if there were, to make an appointment to Health Services and speak with a physician's assistant.

An ineffective "aspirin" type medication and splint was applied alone with prescribed a "no-work" status.

### Twelfth Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth and eleventh causes of action.

Due to excruciating pain and swelling, threatening civil action ex-rays were finally taken.  An evaluation by radiologist indicated "...There is a comminuted fracture at the base of

18

the fifth metacarpal with dorsal retraction of the distal fragment, which comprises the metacarpal and most of the base.  A palmar fragment remains aligned with carpal bones.  The exam does not demonstrate bony bony bridging or much callous formation..."

said radiologist report also suggested there was still time to correct it with proper treatment as improper healing had begun.  See attached official record #A0003 dated 05/09/05.

### Thirteenth Cause of action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh and twelfth causes of action.

With release date nearing and fearing the "clock" against ability to work in usual occupation, Plaintiff relentlessly insisted said injury be properly treated. In response, Defendant Federal Corrections Institution Lompoc Health Services personnel cheerfully advised  Plaintiff that "if you were not a Muslim someone would be inclined to help but don't worry you'll be out soon anyway."

### Fourteenth Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth and thirteenth causes of action.

Finally, Dr. Michael Gill, examined and evaluated Plaintiff

19

injury and officially determined immediately surgery was necessary.  See attached official records #A0005.

De. Gill recorded on Defendant 1 and 2 "Consultation Sheet" "...Painful malunion fracture dislocation base Right 5th metacarpal.  Problem (sic) - complexity and the fact that no surgery can produce normal hand function (sic) patient will most likely require open reduction, probable metacarpal / carpal join 5th (sic) arthritis."

Based on such new official and reliable information, Plaintiff was certain that he would finally receive some sort adequate treatment.  Plaintiff waited 2 months, however.  When inquiries were made as to the delay Defendant Dr. V. Chakunakian-MD (in-house physician) advised there would be no surgery because Defendant Federal Bureau of Prisons would not pay for it. Plaintiff was further advised that the problem should have been taken care of by Defendant ACC-E or Seatac and since release was nearing there was no reason to incur the costs.

### Fifteenth Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth and fourteenth causes of action.

Frustrated Plaintiff begun filing grievances and complaints, at the institution level and commenced work on formal civil action.  See attached official records #A00013-A00023.

20

Alexander v. USA
Reference (Legend of Exhibits & Exhibits – 50 pages ea. Records.) attached

In response with intent to defend denial of medical care and discourage further actions by Plaintiff. Defendants reclassified Plaintiff's security level threatening transfer to a higher security prison as Defendant Lompoc is "low" security.

## Sixteenth Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth and fifteenth causes of action.

On mid-August 2005, Plaintiff was ordered to a grievance conference regarding complaints of denial of medical care and reclassification.  During said conference Defendants Jeff Brewer-Unit Manager and Hiatt-Case Manager advised Plaintiff that he had no valid issues and would be "transferred" if he persisted.

Defendants demanded Plaintiff withdraw his grievance respecting reclassification and warned him to leave the medical issue alone.

Defendant B.G. Compton-Warden, responded to the inadequate medical care issue praising Defendant Health Services for acting competently. See attached official record #A00016 & A00019.

Plaintiff continued requests for medical treatment and commenced work on a civil action complaint due to great and immediate need for medical care to which Defendants became aware.

21

### Seventeenth Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth, fifteenth and sixteenth causes of action.

On September 2005, with consent of the Defendants 1-3 and 8,9 Plaintiff was transferred to Defendants at Federal Corrections Institution Victorville 1 higher security prison intended to punish and discourage further seeking of medical treatment.

### Eighteenth Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth, fifteenth, sixteenth and seventeenth causes of action.

Upon arrival to Defendant 1-3 and Federal Corrections Institution Victorville 1, Plaintiff informed Defendants of injury, orthopedic recommendation for surgery and requested medication for pain and swelling. Defendant Health Services prescribed and effective (aspirin) type pain medication applied a splint and placed Plaintiff on no-work status.

Being fully advised of said medical issues from medical charts and records that accompanied Plaintiff (see attached official records #A0001-A0007, A00044-A00045 and A00067-A00071)

22

from previous Defendant institutions.

Defendant Health Services advised that Plaintiff should have never been transferred with his condition. That since Defendants from the previous institution did not provide treatment, new ex-rays and evaluations would be required to determine whether an injury existed causing prolonged pain and suffering.

### Nineteenth Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth, fifteenth, sixteenth, seventeenth and eighteenth causes of action.

Initial examinations by Defendants V. malingkas-MLP, and L.M Castillo-MLP resulted in removal of previously issued no-work status advising that unconfirmed hand injury would not prevent work assignment. See attached official record #A00067.

Plaintiff assigned to work after asserting strenuous right hand use was painful and uncomfortable was threatened with disciplinary action if refused. To avoid disciplinary action Plaintiff went to work in the prison food services department.

### Twentieth Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh,

23

twelfth, thirteenth, fourteenth, fifteenth, sixteenth, seventeenth, eighteenth and nineteenth causes of action.

After about 21-days Plaintiffs hand became swollen and painful which was noticed by a prison official who ordered Plaintiff to health services. As if it were sudden and new information. Plaintiff was advised that he should never have been assigned work using both hands and was again placed on no-work status. See attached official records A00050 and A00051.

Plaintiff's condition worsened daily as he continued to complain insisting on treatment. See attached official records #A00023-A00028 and A00050-A00057. Swelling and deformity were obvious and indications of limited strength in the injured limb prompted new ex-rays and radiologic evaluation. See attached official records #A0004.

### Twenty First Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth, fifteenth, sixteenth, seventeenth, eighteenth, nineteenth and twentieth causes of action.

On November 2005, based on "new" ex-ray evaluation, complaints and grievances Plaintiff was allowed evaluation by an outside orthopedic surgeon. Dr. Craig confirmed a "malunion and deformity of the right 5th metacarpal."

24

Dr. Craig further advised callous had formed around injured area indicating improper healing due to prolonged neglect, that a nerve was involved which caused Plaintiff to experience excruciating pain. Said doctor recorded that Plaintiff's hand will never be the same as before accident with or "without surgery." See attached official record #A0008.

Defendants cheerfully advised that surgery was unnecessary since there would never be normal right hand functioning again.

Plaintiff lodged a tort action claim with Defendants U.S. Department of Justice, Federal Bureau of Prisons and began preparing formal civil action of which Defendant became aware.

### Twenty Second Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth, fifteenth, sixteenth, seventeenth, eighteenth, nineteenth, twentieth and twenty first causes of action.

Defendant was scheduled for release to a halfway in November 2005 as he anticipated seeking outside treatment for his injured limb.

Defendants C. Clinton-Unit Manager and Hill-Case Manager, however, denial Plaintiff halfway based on frivolous reasons. Defendants actions was intended to provoke and discourage Plaintiff and Caused further delay of adequate medical treatment.

25

### Twenty Third Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth, fifteenth, sixteenth, seventeenth, eighteenth, nineteenth, twentieth, twenty first and twenty second causes of action.

Plaintiff complained to Defendants Norwood-Warden and S.A. Holencik-Deputy Warden of denial of half-way program. Explained that such release would mitigate further damages as well as allow needed medical treatment. Plaintiff also complained that denial were without merit and retaliatory. Defendants, and each of them, denied the same.

### Twenty Fourth Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth, fifteenth, sixteenth, seventeenth, eighteenth, nineteenth, twentieth, twenty first, twenty second and twenty third causes of action.

Fearing possible release without expected incident, and civil action. Defendants called in an outside orthopedic surgeon hoping for a more favorable evaluation and ordered Plaintiff be evaluated again. See attached official record #A0009.

Orthopedic surgeon, Dr. Stanton confirmed malunion fracture

26

of the 5th metacarpal. And advised Plaintiff that had the fracture been treated with a cast within the first thirty days of injury there would most likely be of no problem now.

That even after the first 180-days of neglect, a re-break and cast may have solved the problem. Plaintiff was further advised that due to prolonged neglect to properly treat the injury surgery would cause some relief from pain for about one-two years, then progressively greater pain and early arthritis would set-in.

Thus, allowing further opportunity to treat Plaintiff and mitigate further damages in good faith, Defendants, and each of them, failed to do the same

### Twenty Fifth Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth, fifteenth, sixteenth, seventeenth, eighteenth, nineteenth, twentieth, twenty first, twenty second, twenty third and twenty forth causes of action.

Concluding adequate medical treatment and early release to halfway house would be further denied, Plaintiff continued requests for effective medication for temporary relief of pain and was denied the same by Defendants, and each of them.

On February 2006, Defendant Dr. Jesus Fernandez-MD (in-house physician) ordered Plaintiff to his office and demanded Plaintiff

27

execute authorization to permit administration of a "new" pain
medication.   Upon reading said authorization statement Plaintiff
learned the drug was in-fact a very powerful medication used on
patients with severe depression.

When Plaintiff refused to voluntarily permit such
administration, Defendant Fernandez threaten Plaintiff with
prolonged release pending extensive mental treatment.   Fearing
Defendants, and each of them, sought ill intent with regard to
his health, Plaintiff refused the medication.

### Twenty Sixth Cause of Action

Plaintiff incorporate by reference, first, second, third,
forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh,
twelfth, thirteenth, fourteenth, fifteenth, sixteenth,
seventeenth, eighteenth, nineteenth, twentieth, twenty first,
twenty second, twenty third, twenty forth and twenty fifth causes
of action.

From about 01/2006 - release, Plaintiff suffered various
forms of harassment and provocation by Defendant Victorville
officials, without return of incident.

### Twenty Seventh Cause of action

Plaintiff incorporate by reference, first, second, third,
forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh,
twelfth, thirteenth, fourteenth, fifteenth, sixteenth,

28

seventeenth, eighteenth, nineteenth, twentieth, twenty first, twenty second, twenty third, twenty forth, twenty fifth and twenty sixth causes of action.

On March 6, 2006, Plaintiff was released.  Without benefit of halfway house program, and with a painfully swollen malunion of 5th metacarpal fracture and dislocated right limb, and without medical referral.  Defendants, and each of them, were well aware of Plaintiff's condition, yet failed to not only treat, but also to provide referral for medical treatment.

### Twenty Eighth Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth, fifteenth, sixteenth, seventeenth, eighteenth, nineteenth, twentieth, twenty first, twenty second, twenty third, twenty forth, twenty fifth, twenty sixth and twenty seventy causes of action.

Upon release Plaintiff immediately checked into the emergency room of "Providence" hospital.  New ex-rays and evaluation confirmed "presence of callous indicating improper healing, malunion of 5th metacarpal fracture, dislocation and deformity."  See attached official record #A00059.

Referral to Orthopedics surgeon Dr. Leslie Dean resulted in scheduling immediate surgery, expenses which Plaintiff can not afford.  Additionally, at his request, Plaintiff was referred for

29

evaluation by a neurosurgeon based on Orthopedic Surgeon Dr. Craig previous evaluation that a certain nerve was involved which, again, Plaintiff can not afford.  Effective pain medication was prescribed that was purchased several weeks later due to lack of funds.

That due to Defendants herein, and each of them, Plaintiff has incurred and stand to incur substantial medical and related expenses.

### Twenty Ninth Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth, fifteenth, sixteenth, seventeenth, eighteenth, nineteenth, twentieth, twenty first, twenty second, twenty third, twenty forth, twenty fifth, twenty sixth, twenty seventh and twenty eighth causes of action.

Plaintiff, due to actions and inactions of Defendants, and each of them, applied for and currently awaiting decision with regard to temporary Social Security Disability to cover medical, living and related expenses during recovery and rehabilitation.

### Thirtieth Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth, fifteenth, sixteenth,

30

seventeenth, eighteenth, nineteenth, twentieth, twenty first, twenty second, twenty third, twenty forth, twenty fifth, twenty sixth, twenty seventh, twenty eighth and twenty ninth causes of action.

While awaiting disability decision, being without monies to cover even basic living expenses. Plaintiff sought suitable light-work employment, to no avail.

With little and no choice, Plaintiff applied for and accepted a "Teamsters Union" employment position with Interstate Brands Companies (Wonder Bread) offering earnings of $35,000.00 annually to start, with benefits.

With intention of qualifying for medical insurance benefits to cover medical, and preferring not rely on SSI approval, Plaintiff was able to work with injury undetected for 3-weeks.

Due to required strenuous use of both hands, and Plaintiff's inability use both hands, employers recently laid Plaintiff off and forbid return until released by a physician with 100% ability. See attached official record #A00030.

### Thirty First Cause of action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth, fifteenth, sixteenth, seventeenth, eighteenth, nineteenth, twentieth, twenty first, twenty second, twenty third, twenty forth, twenty fifth, twenty

31

sixth, twenty seventy, twenty eighth, twenty ninth and thirtieth causes of action.

Due to Defendants 1-33 actions and inactions, for three weeks during said employment Plaintiff hide his swollen and painful right hand injury.

As required, Plaintiff informed Social Security of his new employment and was advised his application was pre-approved but pending.

Based on such per-approval which would expedite needed medical treatment, and urge to be forthcoming with employer, sacrificed possible life long employment opportunity with probability of never being afforded such opportunity again.

### Thirty Second Cause of Action

Plaintiff incorporate by reference, first, second, third, forth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth, fifteenth, sixteenth, seventeenth, eighteenth, nineteenth, twentieth, twenty first, twenty second, twenty third, twenty forth, twenty fifth, twenty sixth, twenty seventy, twenty eighth, twenty ninth, thirtieth and thirty first causes of action.

As a further cause of action, Plaintiff has recently learned that the State of Washington, Seattle has pulled his pre-approved application for Social Security Disability Benefits for reasons unknown.  Even though he has been pre-approved Washington will

32

re-evaluate and may very well deny him disability benefits which would leave Plaintiff without needed resources to obtain further medical treatment and rehabilitation for possible return to employment. Thus Prolonging Plaintiff's pain and suffering caused by the Defendants, and each of them.

In conclusion, Plaintiff has suffered physical and emotional pain and suffering, limited use of his limb, physical disfiguration, mental and emotional anguish. Plaintiff has forever loss normal function and use of his right hand, has incurred and stand to incur substantial medical and related expenses. Moreover, Plaintiff has loss beneficial employment opportunities due to direct and indirect actions and inactions of the Defendants, and each of them.

**WHEREFORE**, Plaintiff pray for judgment against Defendants 2-19 in the amount of $500,000.00 dollars each, (excluding Defendant United States of America) judgment against Defendants 20-33 in the amount of $200,00.00 each,  and punitive damages as prescribed for violation of USC Title 18 § 241 and 242 (ten times amount of judgment), total of $117,000,000, dollars. And for such and other further relief deemed just and equitable.

Dated: June 15, 2006

Kenneth S. Alexander
Plaintiff Pro Per
3901 Taft Drive, #D-10
Anchorage, AK 99517
907-727-1469
907-868-2936 (voice)

33

**AFFIDAVIT**

I, Kenneth S. Alexander, declare under penalty of perjury that I have read the foregoing civil action complaint alleging violation prohibited under Article 8 of the United States Constitution and USC Title 18 § 241 and 241.  And I believe the same to be true and correct to the best of my knowledge and belief.

Dated: June 14, 2006

_____
Kenneth S. Alexander
Plaintiff / Declarant

34

## Legend of Attached Exhibits
## Official Records

| Record # | Date | Description and Source of Exhibits |
|---|---|---|
| A0001 | 04/14/05 | Radiologic, Dr. Boeker, Consultation Request/Report (FDC Seatac) |
| A0002 | 04/09/05 | Radiologic, Dr. Schneider, Consultation Request/Report (FDC Seatac) |
| A0003 | 05/09/05 | Radiologist, Dr. McAninch, Report of Ex-rays (FCI Lompoc) |
| A0004 | 05/25/05 | Radiologist, Dr. Enoch III, Report of Ex-rays (FCI Lompoc) |
| A0005 | 05/19/05 | Consultation Sheet – Orthopedic's, Dr. Gill Examination Report (FCI Lompoc) |
| A0006 | 08/18/05 | Consultation Sheet – Orthopedic's, Dr. Gill Diagnosis and Recommendation (FCI Lompoc) |
| A0007 | 08/25/05 | Consultation Sheet – Orthopedic's, Dr. Gill, Request of Perform Surgery (FCI Lompoc) |
| A0008 & 08b | 11/16/05 | Consultation Sheet – Orthopedic's, Dr. Criag, Examination Report (FCI Victorville) |
| A0009 | 01/26/06 | Consultation Sheet - Orthopedic's, Dr. Stanton, Examination Report (FCI Victorville) |
| A0010 | 04/15/05 | Report of Medical Examination – Order of Ex-ray for Deformity in Right Hand (FDC Seatac) |
| A00012 | 04/07/05 | Patient Problem List – 5th Metacarpal Fracture, Care Level One (FCI Lompoc) |
| A00013 | 05/04/05 | Inmate Request to Staff – Request for Order to Take Ex-rays (FCI Lompoc) |
| A00014 | 05/27/05 | Informal Resolution of Inmate – Complaint of None/Inadequate Medical Treatment (FCI Lompoc) |
| A00015 | 06/22/05 | Informal Resolution of Inmate – Complaint of None/Inadequate Medical Treatment (FCI Lompoc) |
| A00016 | 06/27/05 | Request for Administrative Remedy (BP-9) – Complaint of None Medical Treatment (FCI Lompoc) |
| A00017 | "  "  "  " | "                    "                    " |
| A00018 | 07/22/05 | Administrative Remedy From B.G. Compton – Response to BP-9 Complaint (FCI Lompoc) |
| A00019 | 07/21/0 | Receipt – Administrative Remedy, Acknowledgement and Notice of Delay (FCI Lompoc) |
| A00021 | 05/30/05 | Inmate Request to Staff – Request to Continued No-work Status (FCI Lompoc) |
| A00022 | 06/02/05 | Inmate Request to Staff – Request to Continued No-work Status (FCI Lompoc) |
| A00023 | 09/16/05 | Inmate Request to Staff – Complaint of No-work Status Removal (FCI Victorville) |
| A00024 | 10/07/05 | Inmate Request to Staff – Request for Medical Treatment (FCI Victorville) |
| A00025 | 10/07/05 | Inmate Sick Call Sign-up Sheet – Complaint of None Treatment of Injury (FCI Victorville) |
| A00026 | 11/03/05 | Inmate Sick Call Sign-up Sheet – Request to Reschedule to Re-take Ex-rays (FCI Victorville) |
| A00027 | 12/06/05 | Response to BP-9 Complaint, Warden's Denial of Surgery Until New Ex-rays are taken (Victorville) |
| A00028 | 11/03/05 | Informal Resolution by Inmate – Request for Surgery (FCI Victorville) |
| A00043 | 04/04/05 | Medical Summary Prisoner in Transit – Current Medical Problems, Fracture 5th Metacarpal (ACC-W) |
| A00044 | 09/19/05 | Medical Summary Prisoner in Transit – Altered Record - Report of Condition and Medication (FCI Seatac) |
| A00045 | 07/20/05 | Medical Pre-Release Evaluation – Hand Fracture, Need Orthopedic MD (FCI Lompoc) |
| A00046 | 09/29/05 | Health Svcs. Dept. Notification – Physician's Denial to Treat and Demand to Comply (FCI Victorville) |
| A00047 | 05/06/05 | Medical Report of Duty Status – 30-day No-work Prescription (FCI Lompoc) |
| A00048 | 07/29/05 | Medical Report of Duty Status – 60-day No-work Prescription (FCI Lompoc) |
| A00049 | 06/06/05 | Medical Report of Duty Status – 60-day No-work Prescription (FCI Lompoc) |
| A00050 | 09-06/05 | Medical Duty States – 30-day No-work Prescription (FCI Victorville) |
| A00051 | 09-09/05 | Medical Duty Status – 30-day Light Duty & No Use of Right Hand Pending Ortho Exam (FCI Victorville) |
| A00052 | 10-06-05 | Medical Duty Status – 90-day Light Duty & No Use of Right Hand (FCI Victorville) |
| A00053 | 10/17/05 | Medical Duty Status – 30-day No-work Prescription (FCI Victorville) |
| A00054 | 10-14-05 | Medical Duty Status – 14-day Limited Use of Right Hand (FCI Victorville) |
| A00055 | 11/14/05 | Medical Duty Status – 30-day No-work Prescription (FCI Victorville) |
| A00056 | 12/29/05 | Medical Duty Status – Indefinite Medically Unassigned Prescription (FCI Victorville) |
| A00057 | 01/30/05 | Medical Duty Status – 30-day Medically Unassigned Prescription (FCI Victorville) |
| A00059 | 03/20/06 | Orthopedic Dr. L. Dean - Diagnosis & Instructions After Surgery is Done (Anchorage Fracture Clinic) |
| A00060 | 05/11/06 | Civilian Employer's Lay-off Notice Until Medical Release (Interstate Brands Companies) |
| A00067 & 67b | 04/20/05 | Medical Duty Status – Work Examination Screening Form (FCI Lompoc) |
| A00068 & 68b | 04/11/05 | Chronological Record of Medical Care – Admin. Notes of Complaints and Condition (FDC Seatac) |
| A00069 & 69b | 04/15/05 | Chronological Record of Medical Care – Report of Medication and Ex-ray Order (FDC Seatac) |
| A00070 | 04/21/05 | Chronological Record of Medical Care – Intake Screening & Medication report (FCI Lompoc) |
| A00071 & 71b | 05/20/05 | Chronological Record of Medical Care – Admin. Notes of Diagnosis & Prescription (FCI Lompoc) |
| A00072 & 72b | 12/29/05 | Chronological Record of Medical Care – Summary of Orthopedic Examination (FCI Victorville) |
| A00073 | 09/06/05 | Health Intake Assessment/History – Notes of Condition after Examination (FCI Victorville) |



06 1190
FILED

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BP-S622.060  **RADIOLOGIC CONSULTATION REQUEST/REPORT**  CDFRM
JUL 99
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Patient Identification Name, Register Number Institution | Age | Sex  M | Examination Requested |
|---|---|---|---|
| ALEXANDOC  KENNETH  06660- 424  FDC  SEATAC | Pregnant ___Yes ✓No | Diabetic ___Yes ✓No | ®Hand X ray  Unit |
| | Requested by  LENTZ | Date Requested  4/7/05 | |

| Specific reason(s) for request (complaints and findings) |
|---|
| HX ® HAND FX  2 months ago |

| Date of Examination  4-13-05 | Date of Report  4/14/05 | Date of Transcription  4/14/05 | Film#  298-0 |

Radiologic Report

Deformity in the proximal end of the 5th metacarpal is consistent with an impacted fracture, and there is a small amount of callus indicating early healing. An off-lateral (reverse oblique) view would be helpful in further evaluation. No other fracture is seen.

IMPRESSION:      Healing impacted fracture at the base of the right 5th metacarpal. Please see above.



Signature  **Allan J. Boeker, M.D.**
          Radiologist

**Federal Detention Center** ility
**2425 South 200th St.**
**SeaTac, WA 98198**

Original - Medical Record: Copy - Physician; Copy - Radiology
This form may be replicated via WP)            This form replaces BP-S622
**A0001**

15

**RADIOLOGIC CONSULTATION REQUEST/REPORT**  CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Identification Institution | Age | Sex M | Examination Requested |
| --- | --- | --- | --- |
| Schneider, Kenneth | Pregnant ___Yes ✓No | | R hand 5th MC + lateral - reverse oblique |
| 31660-424 | Diabetic ___Yes ✓No | | Unit |
| | Requested by | | Date Requested 4/13/05 |

Reason for request (complaints and findings)

Reinjury recast                     Fx 2 mo. ago

| Examination 4-18-05 | Date 4/19/05 Report | Date 4/19/05 Description | Film# 316-05 |
| --- | --- | --- | --- |

Clinic Report

Fracture at the base of the 5th metacarpal is not as clearly demonstrated as on 4/13/05.  No other Fracture is seen.

IMPRESSION:        Fracture of the 5th metacarpal.

43.410

[stamp: 2005 REVIEWED G.H. SALTZBERG, M.D. FDC SEATAC]

Signature   **Neil F. Schneider, M.D. Radiologist**

Location   **Federal Detention Center 2425 South 200th St. SeaTac, WA 98198**

Original - Medical Record; Copy - Physician; Copy - Radiology
(This form may be replicated via WP)                    This form replaces BP-FRII

A0002

# FEDERAL CORRECTIONAL COMPLEX
## 3600 GUARD ROAD
## LOMPOC, CA  93436

Patient:    Alexander, Kenneth        Facility:    FCI
Reg#:        06660-426                Requested by:        D.Nguyen, MD
Date of exam: 05-09-05

EXAM:        RIGHT HAND 2V
             RIGHT WRIST 3V

HISTORY:    Fracture three months ago.

CONCLUSION:  Fracture base fifth metacarpal.

DISCUSSION:  No prior are available for comparison. There is a comminuted fracture at the base of the fifth metacarpal with proximal and dorsal retraction of the distal fragment, which comprises the metacarpal and most of the base. A palmar fragment remains aligned with the carpal bones. The exam does not demonstrate bony bridging or much callous formation. No other bone or joint findings.


DLM/jb                          David L. McAninch, M.D.
D: 05-12-05
T: 05-13-05                     MidCoast Imaging Medical Group
                                Lompoc, CA  93436

D. NGUYEN, MD
FCI LOMPOC, CA

**A0003**



# FEDERAL CORRECTIONAL COMPLEX
## 3600 GUARD ROAD
## LOMPOC, CA  93436

Patient:      Alexander, Kenneth          Facility:    FCI
Reg#:         06660-424                    Requested by:          V.Chakmakian, M.D.
Date of exam: 05-25-05

EXAM:       LEFT HAND 2V

HISTORY:    Comparison to right hand fracture.

CONCLUSION:  Normal findings.

DISCUSSION:  Multiple views show the bones of the hand to be intact.  There is no evidence of fracture or dislocation.  The joints are unremarkable.  The soft tissues show no abnormality.

DWE/jb                              Duard W. Enoch III, M.D.
D:  05-30-05
T:  06-01-05
                                    MidCoast Imaging Medical Group
                                    Lompoc, CA  93436

**A0004**

513-110

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: ORTHOPEDIST. DR GILL

FROM: (Requesting physician or activity) D. Nguyen, MD
FCI Lompoc

DATE OF REQUEST: 5-5-05

REASON FOR REQUEST (Complaints and findings)

*Non Union*

Pt has R. hand fracture for 3 mnths

MAY-05

PROVISIONAL DIAGNOSIS

R/o Non union R. hand fracture 5th metacarpal

DOCTOR'S SIGNATURE

D. NGUYEN, MD
LOMPOC, CA

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE   ☐ ON CALL

☐ ROUTINE   ☐ TODAY
☐ 72 HOURS   ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO     PATIENT EXAMINED ☐ YES ☐ NO

51 y/o RH ♂

3 mo ago caught R hand in door. x/o revealed "fx + dislocated" multiple + pumping deferred confirmed F/u Rx. initially seen by an ? w/wrist, pain primarily at wrist/dorsum. → most activity even holding a book → phin. not much swelling. pain at ulnar + styloid region c̄ rotation. pt ∅ ∅ affect.

O: 5° valar flexion 30° dorsiflexion response of pain + guarding 70° Sup 30° pronate. tenders over dorsum of wrist including snuff box fusion dow. ← deferred. pt reacts + guards. able to make a fist RE F clenching of ulnar. ind (? + full web span distance c̄ fist)

XR ay 5/9/05 comminuted displaced intra-articular fx base R 5th metacarpal c̄ ulnar dislocation (reverse Bennett fx dislocation) collar present. ? involvement at base 4th metacarpal.

A: painful malunion fx dislocation base R 5th metacarpal

P: pt problem discussed — complexity and the fact that no surgery can produce a nl hand function outcome. pt will most likely require open reduction probable metacarpal/carpal joint 5th resection.

NATURE AND TITLE (Continue on reverse side)

☒ request AP+Lat XR of opposite hand

F/u after XR

DATE 5/9/05
Art Herdosi

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name — last, first, middle; grade; rank; rate; hospital or medical facility)

ALEXANDER, KENNETH
06660 - 42.4

V. Chalezanebian, M.D.
FCI Lompoc, CA   5/24/05

CONSULTATION SHEET
Medical Record

A0005

| MEDICAL RECORD | | CONSULTATION SHEET | | |
|---|---|---|---|---|

AUTHORIZED FOR LOCAL REPRO...

### REQUEST

| TO: ORTho | FROM: (Requesting physician or activity) V. CHAKMAKIAN, MD | DATE OF REQUEST 5-20-05 |
|---|---|---|

**REASON FOR REQUEST (Complaints and findings)**

F/u 1 month   (w/ x ray of opposite Hand)

**PROVISIONAL DIAGNOSIS**

Right Hand Fx

| DOCTOR'S SIGNATURE VChak | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE  ☐ ON CALL | ☐ ROUTINE  ☑ 72 HOURS | ☐ TODAY  ☐ EMERGENCY |
|---|---|---|---|---|

### CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO     PATIENT EXAMINED ☐ YES ☐ NO     TELEMEDICINE ☐ YES ☐ NO

S: pt c̄ continued ® hand pain and dysfunction. F/U ō report XR. NSAID ō causing gastric upset.

2: clinical exam unchanged · XR- 5/25/05 both hands. show severe bennett fx c̄ prox dorsal displacement; callus present.

4. malunion/nonunion fx base ® 5th metacarpal.

P: complex nature of this problem again disclosed at length all questions answered. Recommend Surgery "Open reduction internal fixation possible arthrodesis metacarpal/carpal joint c̄ autograft ® 5th [...] metacarpal". Surgery rehab, risks outlined - again states to pt that some loss of function ® as a result of the surgery is anticipated. * Darvocet N-100 for pain pt hx ⊘   allergic cine (codeine) habit    * Surgery: skin graft mouth 6 months    meds: No meds.

*(Continue on reverse side)*

| SIGNATURE AND TITLE   ___ MD | DATE 8/18/05 |
|---|---|

| HOSPITAL OR MEDICAL FACILITY FCI Lompoc, Ca | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|

| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |
|---|---|---|

| PATIENT'S IDENTIFICATION (For typed or written entries, give: Name – last, first, middle; ID no. SSN or other; Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO. |
|---|---|---|

Alexander, Kenneth
06660-424

**CONSULTATION SHEET**
Medical Record

A0006 STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| ortho (Surgery) | FROM: (Requesting physician)<br>V. Chakmakian, M.D.<br>FCI Lompoc, CA | DATE OF REQUEST<br>8-25-05 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

ortho requests surgery
for ® hand pain.

---

PROVISIONAL DIAGNOSIS

® 5TH metacarpal malunion

| DOCTOR'S SIGNATURE<br>V. Chakmakian, M.D.<br>FCI Lompoc, CA | APPROVED | PLACE OF CONSULTATION<br>☐ BEDSIDE   ☐ ON CALL | ☑ ROUTINE<br>☐ 72 HOURS | ☐ TODAY<br>☐ EMERGENCY |
|---|---|---|---|---|

## CONSULTATION REPORT

| RECORD REVIEWED   ☐ YES  ☐ NO | PATIENT EXAMINED   ☐ YES  ☐ NO | TELEMEDICINE   ☐ YES  ☐ NO |
|---|---|---|

*(Continue on reverse side)*

| SIGNATURE AND TITLE | DATE |
|---|---|

| HOSPITAL OR MEDICAL FACILITY<br>FCI Lompoc, Ca. | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|

| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |
|---|---|---|

| PATIENT'S IDENTIFICATION (For typed or written entries, give: Name – last, first, middle; ID No. SSN or other; Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO. |
|---|---|---|

Alexander, Kenneth
06660-424-

FCI VICTORVILLE
HEALTH SERVICES
A0007 P.O. BOX 5700

CONSULTATION SHEET
Medical Record
STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR (41 CFR) 101-11.203(b)(10)

513-111

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |

| REQUEST | | |
|---|---|---|
| TO: Orthopedics | FROM: (Requesting physician or activity) FCI Victorville | DATE OF REQUEST 9/9/05 |

REASON FOR REQUEST (Complaints and findings)

Referring to you this 51 y.o male newly transferred from FCI Lompoc. Patient was seen by orthopedic @ Lompoc on 8/18/05 (See consult Section II) & recommend ORIF c autograft.
Please evaluate. Thank You.

PROVISIONAL DIAGNOSIS

Malunion / non-union Fx base of (R) 5th metacarpal

| DOCTOR'S SIGNATURE Jesus Fernandez, MD FCI VICTORVILLE | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE   ☐ ON CALL | ☐ ROUTINE   ☐ TODAY ☐ 72 HOURS   ☐ EMERGENCY |

| CONSULTATION REPORT |

| RECORD REVIEWED ☒ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |

Thank You for consult + data in clair xrays of 11/15/05. (Retained here now for me to review w/ medical & other colleagues). Hx = pt (Rt handed) crush in to Rt hand in 02/05 ... per pt "no treatment". Now complains re pain in area of inj max. ulnar dorsum little fing. metacarpal ═ more ═

FAXED 2-30-05
FCI-1 VICTORVILLE
UTILIZATION COMMITTEE REVIEW
CONDUCTED 9/29/05
DATE

✱ Priority (R) hand X-ray then refer to ortho right hand surgeon within 30 days

BRUCE BARTON, M.D.

(Continue on reverse side)

| SIGNATURE AND TITLE | | Jesus 66-6735 Jesus Fernandez, MD FCI VICTORVILLE | DATE 11-16-05 |
| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO. |

ALEXANDER, KENNETH S.
06660-424
DOB 05/30/1954

VICTORVILLE
PO BOX 5400
CA 92301

A0008

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-88)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

= comb = & save underlie bony excrescence probable. 1-2 cm diam & elev'd 1/2 cm. [illegible] & w/ fist-make, distal [illegible] head of metacarpal "short" & obb-line by 1/2 cm or so. Xrays = confirm comminuted fx MC-CV. w/ 1/2 cm short. [illegible] q mos old & [illegible] non- [illegible] somewhat displace (1/2 cm) fx of dorsal prox end little fin metacarpal. at MC-CV. open & relev to new Xrays exam + pt

FCI-1 VICTORVILLE
UTILIZATION COMMITTEE REVIEW
CONDUCTED
DATE

w/ radiol here & w/ ortho. Discus w/ pt included their hand — inj area will never be "the same" as before accident regardless of what is done or not done by any one. to further add your in less than one wk. Thank you.

Stg [illegible]
11/16/05
11 → 1130/[illegible]

Add pt has full ROM of all fingers. begs has a pain in inj area, begs sens. & at distal ulnar area.

[signature] Dr. Craig

11-17-05
JESUS FERNANDEZ, MD
FCI VICTORVILLE

A0008b

513-111

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: _Ortho (URC) in house_     FROM: (Requesting physician or activity) _FCI Victorville_     DATE OF REQUEST _10/6/05_

REASON FOR REQUEST (Complaints and findings)

Referring to you this 51 y.o. male ~~x-ray~~ seen by Orthoped @ Lompoc on 8/18/05 & recommend ORIF c̄ autograft. Pt has ~~x-ray in 5/9/05~~ ~~comminuted Fx @ the~~ base of 5th metacarpal. Patient c/o of persistent pain & weakness of (R) hand. Please evaluate. Thank you

PROVISIONAL DIAGNOSIS

Fx base of 5th metacarpal (malunion/non union Fx)

DOCTOR'S SIGNATURE

JESUS FERNANDEZ, MD
FCI VICTORVILLE

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE  ☐ ON CALL
☐ ROUTINE  ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO     PATIENT EXAMINED ☐ YES ☐ NO     TELEMEDICINE ☐ YES ☐ NO

Hx: Fx (R) had base 5th MTCP when hand reported (RHD). Slammed in Door Now c̄ pain in (R) hand.

PE: From Flexion & ext Dip & PIP
with Flex ~~Valgus~~ Vr Apex Radial Angula (varus) of
MTCP c̄ Flex to 90° terminal Flexion/Rot
noted at MTCP (R) 5th finger.

Imp- Fx (R) 5th MTCP

Rec - Pt being release in March Desires Care for
Poss malunion of Fx or outside.

Repeat X ray 3 views (R) hand
F/N 1 mo.

(Continue on reverse side)

SIGNATURE AND TITLE
Staton  DR. STATON
ORTHOPEDIC SURGEON
DATE 1/26/06

HOSPITAL OR MEDICAL FACILITY     RECORDS MAINTAINED AT     DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR     SPONSOR'S NAME (Last, first, middle)     SPONSOR'S ID NUMBER (SSN or Other)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name-last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)     REGISTER NO.     WARD NO.

ALEXANDER, KENNETH S.
06660-424

DOB 05/30/1954

JESUS FERNANDEZ, MD
FCI VICTORVILLE

FCI VICTORVILLE - I     A0009

CONSULTATION SHEET
Medical Record
STANDARD FORM 513 (REV. 4-98)

513-111

| MEDICAL RECORD | | CONSULTATION SHEET | AUTHORIZED FOR LOCAL REPRODUCTION |

## REQUEST

TO: *Ortho (URC) in house*    FROM: (Requesting physician or activity) *FCI Victorville*    DATE OF REQUEST: *10/6/05*

REASON FOR REQUEST (Complaints and findings)

Referring to you this 51 y.o. male seen by Orthopedic @ Complex on 8/18/05 & recommend ORIF ē autograft. Pt had X-ray in 5/8/05 comminuted Fx @ the base of 5th metacarpal. Patient c/o of persistent pain & weakness of R hand. Please evaluate. Thank you

PROVISIONAL DIAGNOSIS

Fx base of 5th metacarpal (malunion / non union Fx)

DOCTOR'S SIGNATURE                    APPROVED    PLACE OF CONSULTATION

JESUS FERNANDEZ, MD    FCI VICTORVILLE

☐ BEDSIDE  ☐ ON CALL     ☐ ROUTINE  ☐ 72 HOURS   ☐ TODAY  ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO    TELEMEDICINE ☐ YES ☐ NO

Hx: Fx R Hand Base 5th MTCP when Hand reported R H D. Slammed in Door Now ē Pain in R Hand.

PE: From Flexion + ext Dip & PIP with Flex Valgus vs Apex Radial Deviation (varus) of MTcp ē Flex to 90° terminal Flexion / Rot noted at MTcp @ 5th finger.

Imp - Fx R 5th MTCP

Rec - Pt Being Release in March Desires Care for Poss malunion of Fx or outside. Repeat X ray 3 views R Hand F/u 1 mo

SIGNATURE AND TITLE    DR. STANTON  ORTHOPEDIC SURGEON    DATE 1/26/06

HOSPITAL OR MEDICAL FACILITY    RECORDS MAINTAINED AT    DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR    SPONSOR'S NAME (Last, first, middle)    SPONSOR'S ID NUMBER (SSN or Other)

PATIENT'S IDENTIFICATION

ALEXANDER, KENNETH S.  06660-424    JESUS FERNANDEZ, MD  FCI VICTORVILLE

DOB 05/30/1954

REGISTER NO.    WARD NO.

FCI VICTORVILLE - 1    A0009

CONSULTATION SHEET  Medical Record  STANDARD FORM 513 (REV. 4-98)

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 4/15/05 |
|---|---|---|

**1. LAST NAME - FIRST NAME - MIDDLE NAME** Alexander Kenneth

**2. IDENTIFICATION NUMBER** 06660-424

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS** (Number, street or RFD, city or town, state and ZIP Code)

**5. EMERGENCY CONTACT** (Name and address of contact)

**6. DATE OF BIRTH** 5-30-1954

**7. AGE** 50

**8. SEX** ☐ FEMALE ☒ MALE

**9. RELATIONSHIP OF CONTACT**

**10. PLACE OF BIRTH**

**11. RACE** ☐ WHITE ☒ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY**

**12b. ORGANIZATION UNIT**

**13. TOTAL YEARS GOVERNMENT SERVICE**
a. MILITARY     b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
Federal Detention Center SeaTac
2425 South 200th Street
SeaTac, WA 98198

**15. RATING OR SPECIALTY OF EXAMINER**

**16. PURPOSE OF EXAMINATION**
Physical Examination

### 17. CLINICAL EVALUATION

| NOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL | NOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL |
|---|---|---|---|---|---|
| | A. HEAD, FACE, NECK AND SCALP | | ✓ | O. PROSTATE (Over 40 or clinically indicated) | |
| ✓ | B. EARS - GENERAL (INTERNAL CANALS) | | | P. TESTICULAR | |
| | (Auditory acuity under items 39 and 40) | | | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| ✓ | C. DRUMS (Perforation) | | | R. ENDOCRINE SYSTEM | |
| ✓ | D. NOSE | | | S. G-U SYSTEM | |
| ✓ | E. SINUSES | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | F. MOUTH AND THROAT | | | U. FEET | |
| ✓ | G. EYES - GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | H. OPTHALMOSCOPIC | | | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | I. PUPILS (Equality and reaction) | | | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | | Y. SKIN, LYMPHATICS | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | ☒ | BB. BREASTS | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | | CC. PELVIC (Females only) | |

**NOTES:** (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary.)

Deformity ® hand   Xray ordered

Prostate WNC

Guaiac N,

**18. DENTAL** (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**
8 & 10 prepped for bridge
W/OTE,
WNL

### 19. TEST RESULTS (Copies of results are preferred as attachments)

| A. URINALYSIS: (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD (Place, date, film number and result) |
|---|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC | |
| (3) URINE SUGAR | | |

A00010

| C. SYPHILIS SEROLOGY (Specify test used) | D. EKG | E. BLOOD TYPE AND RH | F. OTHER TESTS |
|---|---|---|---|

BP-S620.060  **PATIENT PROBLEM LIST** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | PROBLEM LIST | | |
|---|---|---|---|
| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
| 4/7/05 | 5th Metacarpal Fx | | |
| 4/26/05 9-6-05 | Care Level One  MEDICAL CLASSIFICATION  CARE LEVEL 1 2 3 4 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 4/7/05 | Care Level I | | |

ADVERSE / ALLERGIC
DRUG REACTIONS
(If none, record "No Known Drug Allergies )

| 4/7/05 | PCN | | |
|---|---|---|---|

Patient Identification
(Name, Reg #, DOB)

ALEXANDER
   KENNETH          06660-424
B/M/O/05-30-1954
HT/603   WT/180   HR/BK   EY/BN
CUSTODY/IN

s form may be replicated via WP)

**A00012**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| *Tec sal Dept.* | 05/04/2005 |
| FROM: *Alexander Kenneth* | REGISTER NO.: 06660-424 |
| WORK ASSIGNMENT: *In Unit Rec* | UNIT: D02-D02L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

*I m still waiting for ex-rays from my*

*broken end distant to k'th ...*

*Tra j jon*

(Do not write below this line)

DISPOSITION:


| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP) **A00013**  This form replaces BP-148.070 dated Oct ...

CONTINUED                          (Alexander, #06660-424
(additional sheet)                  Medical Care)

## INFORMAL RESOLUTION
### 5/27/05

Around February, 2005, or about four (4) months ago,
the undersigned inmate suffered an injury to his right hand.
After numerous requests for ex-rays it was discovered that
the right hand to which injury was subtained was brokened
and dislocated.

Said injury occurred while in Federal custody and
housed at a Federal and State of Alaska detention facility
located in Anchorage, Alaska. Ineffective medication and a
splint was applied to said injury and requests for consulta-
tion with an orthropedic specialist were denied. Approximately
two (2) months later, upon transfer to FDC Seatac, located in
Seattle, WA. this inmate continued to complain of a progress-
ive right hand and requested consultation with an orthropedic
specialist. Instead, another splint and dangerous medical
was applied. Complainant refused the dangerous medication and
demanded adequate medical care. In April, 2005, complainant
was transfered to this facility (FCI-Lompoc), continued to
complain and was granted consultation with a specialist six
(6) weeks later.

The orthropedic specialist advised this complainant
that prolonged failure to properly treat injury has caused slow
improper healing causing a painful and unhealthy hand with
limitation. That surgery, re-breaking hand and fusing joints
and bones would be necessary to prevent severe pain and agony
in the future. With exception of convelence status and
assignment to a lower bunk-bed, nother further has been done.

To add insult to injury, on June 16, 2005, assignment
to lower bunk-bed was arbitrarily taken and this complainant
was reassigned to an upper bunk-bed which is causing stress
and strain to an already painful right hand.

## INFORMAL RESOLUTION

DATE: 6/22/05

TO: Central File

FROM: K. R. Thorson , Correctional Counselor

RE: ALEXANDER, Kenneth          Register Number: 06660-424

I certify that on the above date I attempted informal resolution of this inmate's complaint concerning: Medical care.

The inmate and I discussed the following aspects of the complaint that he felt was of major concern: Inmate claims that he has complained for 4 months concerning a serious injury to his hand and medical has failed to do anything about it.

My response to the concerns as listed above are as follows: I'm sure that medical will take care of the problem. They are busy and have many inmates to take care of.

I suggested the following course of action or alternatives to the inmate: Talk to Medical staff at lunch time about your problem, perhaps they will be able to assist you further.

The inmate's response was: I have sent 15 requests for medical care  I want to file a BP-9.

Program statements referenced or otherwise utilized in my attempt at informal resolution with the inmate were: _____

The informal resolution was/was not (circle one) accomplished for the above noted reason.

_____              _____
K.R. Thorson, Correctional Counselor          Jeff L. Brewer, Unit Manager

**A00015**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **ALEXANDER, KENNETH S.**     **06660-424**     **E06-043**     **FCI-LOMPOC**
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

    Around February, 2005 (or almost 5 months ago) the undersigned suffered an injury to his right hand. After numerous requests for ex-rays, it was discovered that the right hand, to which injury was sustained, was broken and dislocated.

    Injury subject to this resolution occurred while in Federal custody and housed at a Federal/State detention facility located in Anchorage, Alaska. Shortly after radiologist recorded findings, several attempts was made to ease the pain, to no avail. At which point the undersigned insisted on intervention of an orthopedic specialist and the same was denied. Approximately, two months later upon transfer to Federal Detention Center - Seatac, Seattle, **(continued)**

06/27/2005
_____
DATE

_Kenneth A. Alexander_
_____
SIGNATURE OF REQUESTER

**Part B– RESPONSE**




_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE      CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____ **A00016**

**REQUEST FOR ADMINISTRATIVE REMEDY**
(continued)                                    (Alexander, #06660-424)


<u>Denial of Adequate Medical Care</u>
<u>06/27/2005</u>


Washington.  Again, to no avail, numerous complaints of
progressive severe pain in the right hand were made and
requests for an orthopedic evaluation were denied.
Instead of adequate medical care, unsuccessful attempts
to ease the pain was applied including a prescription
of a highy addictive and dangerous drug which the under-
signed refused after five (5) days.

Around, April, 2005, the undersigned was
transferred to Federal Correction Institution - Lompoc
(current place of incarceration).  That after six (6)
weeks of complaining of severe pain and requests for
an orthopedic specialist evaluation the same was finally
granted.

The orthopedic specialist at Federal Correction
Institution - Lompoc, advised that prolonged failure to
properly treat injury had caused slow and improper
healing process causing a painful and general unhealthy
right hand with substantial limitations.  He further
advised that surgery, consisting of re-breaking the hand,
fusing the joints and applying a cast would be necessary
and would temporarily alleviate some pain and agony but
would limit mobility.

Orthopedic further advised that due to age of
writer, continued use with limited mobility, and other
factors, early arthritis and progressive pain and agony
would be forthcoming.

Arrangements for surgery has gone without mention
and said injury uncared for.  A cash settlement for past,
current and future damages is hereby required.

**A00017**

ALEXANDER, Kenneth
Register Number:  06660-424
Administrative Remedy ID Number:  382287-F1

This is in response to your Request for Administrative Remedy,
received on July 13, 2005.  You claim a fracture to your right
hand has remained untreated and arrangements for surgery has gone
without mention.  As relief, you request a cash settlement for
past, current, and future damages.

A review of this matter reveals the following.  You arrived at
the Federal Correctional Institution, Lompoc (FCI Lompoc), on
April 26, 2005, and were evaluated immediately by the Mid-Level
Practitioner.  On May 6, 2005, you were evaluated by the Staff
Physician and referred to the Orthopedist.  You were seen by the
Orthopedist on May 19, 2005, and plans were made to obtain a
comparison x-ray of the left hand and follow-up thereafter.  The
x-ray was performed on May 25, 2005, and you are scheduled to see
the Orthopedist in August 2005.  Thus, there is no evidence that
your medical concerns are not being met.

You should also be aware that the Administrative Remedy Program
does not provide monetary relief.  If you wish to file a claim
for money damages involving personal injury or death and/or
damage to or loss of property, you may file a claim under the
Federal Tort Claims Act ("FTCA").

Accordingly, your Request for Administrative Remedy is for
informational purposes only. If you are not satisfied with this
reply, you may submit an appeal on the appropriate form (BP-10)
to the Regional Director within twenty days (20) of the date of
this response.

_____                    _7-_2_2_-_6
B.G. Compton, Warden                                        Date

**A00018**

RECEIPT - ADMINISTRATIVE REMEDY

DATE: JULY 21, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      LOMPOC FCI

TO  : KENNETH S ALEXANDER, 06660-424
      LOMPOC FCI     UNT: B     QTR: E06-040U


THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 382287-F1
DATE RECEIVED   : JULY 13, 2005
RESPONSE DUE    : AUGUST 2, 2005
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :


**A00019**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dr. Nguyen | DATE: 05/30/05 |
|---|---|
| FROM: Alexander, Kenneth S. | REGISTER NO.: 06660-424 |
| WORK ASSIGNMENT: Unassigned | UNIT: D02-02L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Dr. as you aware, I'm awaiting surgery on my right
hand (Broken and Dislocated). On May 6, 2005 you placed
me on "Conv." status pending surgery. I'm still
unable to use my right hand and it is very painful
now to most of the time. Please renew the "Conv."
status until surgery. Thank You

(Do not write below this line)

DISPOSITION:

GOTO MORNING SICKCALL
TO RENEW YOUR CONVALESCENCE

| Signature Staff Member    D. Nguyen, MD    FCI Lompoc | Date  6-6-05 |
|---|---|

Record Copy - File; Copy - Inmate

**A00021**

BP-S148.035  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Medical Dept, DR. Nguyen | 06/02/2005 |
| FROM: Alexander, Kenneth S. | REGISTER NO.: 06660-424 |
| WORK ASSIGNMENT: Unassigned | UNIT: D02-02L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Dr. Nguyen, As you may be aware, the orthopedic doctor will
operate on my right sometime this month (its broken and
dislocated) because for some (4) months B.O.P. has denied ~~not~~
me proper health care — my hand is not healing properly.
I'm still unable to use my right hand with pain and
difficulty. You placed me on convelense status for
30 days; it will expire on Tuesday 6/6/05. You said
that you would extend as necessary and that I let you know
upon expiration. I'm afraid that use of my right hand while
working will cause further damage and perhaps additional
injury. Please extend 'convelence' status until after surgery.
                                                          Thank You!

(Do not write below this line)

DISPOSITION:

GO TO MORNING SICK
CALL

| Signature Staff Member | Date |
|---|---|
|  | 6-2-0- |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)              This form replaces BP-148.070 dated Oct 86
                                                  and BP-S148.070 APR 94

D. NGUYEN
M.D. LOR

**A00022**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Mr Davis / Food Svcs. | 09/16/2005 |
| FROM: Alexander, Kevin JHS. | REGISTER NO.: 06660-424 |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I have submitted Medical ___ ___ ___
me on "Convelescen" I'm ___ ___ ___
Food Svcs. You have forced me ___ ___ ___
further Aggrevated my serious ___ ___ ___
starting to swell ___

Pa Milograss ___ ___ ___
Restricted from Duty ___ i-days.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                    This form replaces BP-148.070 dct 86
and BP-S148.070 APR 94

A00023

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Warden's Office | DATE: 10/07/2005 |
|---|---|
| FROM: Alexander, Kenneth S | REGISTER NO.: # 0____0-4__ |
| WORK ASSIGNMENT: Food Svcs. | UNIT: "A - Upper |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Sir, I was recently transferred ___ ___ ___ for
unknown reasons. I'm currently ___ ___ a serious
health issue for ___ some ___ ___ 2 months
inspite of numerous requests ___ ___ ___ ___

Unfortunately, the "Buck" ___ ___ ___ now passed
to you and your Institution. However cumbersom it
may be, you must ensure a needed and very serious
surgery which ___ just ___ a ___ ___ ___
___, but may ___ ___ ___ ___ ___ ___
___ and deliberate in ___ ___ ___ ___ ___
good health. PLEASE SEE ___ ___ ___ ___ ___ ___ thank you

(Do not write below this line)

DISPOSITION:

RECEIVED
OCT 13 2005
F.C. VICTORVILLE

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.07 ___ ___ 86
and BP-S148.070 APR 94

A00024

# INMATE SICK CALL SIGN-UP SHEET
## (Formulario y Registro para Atencion Medica de Confinados)

*MR. Staulry*

**Staff member will complete this section if inmate is unable to read or write.**

INSTRUCTIONS (INSTRUCCIONES)
You must fill out this form completely, numbers 1-11.
Debe de llenar este formulario completamente, numeros 1-11.)

1. Date (Fecha) *10/03/05*   2. Unit (Unidad) *A-Upper*   3. Work (Trabajo) *Food Svcs.*

4. Name (Nombre) *Alexander, K.S.*   5. Register Number (Numero de Registro) *#06660-424*

6. Complaint (Queja), What is your problem? (Cual es su problema?)
*Neglect of Adequate Health Care, And*
*Deliberate Indifference to Need of*
*Adequate Health Care*
*( SEE REVERSE )*

7. History of medical problems (Historial de problemas medicos):
- diabetes (diabetes) *NO*
- hypertension (hipertension) *NO*
- cardiac disease (enfermedad cardiaca) *NO*
- immunocompromised (inmunocomprometido) *NO*
- asthma (asthma) *NO*

8. History of mental health problems (Historial de problemas mentales):
- ☐ yes (si)
- ☒ no (no)

9. How long have you had this problem? (Durante cuanto tiempo ha tenido este problema?)
Days (Dias) _____ Months (Meses) *8 months* Years (Anos) _____

10. Are you on any medication (s) at present? (Esta usted tomando alguna (s) medicinas actualmente?)
*ES    (?)*
_____

11. Signature (Firma) *Alexander, Ken. S.*
*c/o Warden / BOP - Washington*
*********************************************************************************

**TO BE FILLED OUT BY TRIAGE PERSONNEL:**

12. Date seen: _____   13. Time Seen: _____

14. Appointment Date: _____   Appointment Time: _____

**A00025**

*c.c. to Warden's Office*

# INMATE SICK CALL SIGN-UP SHEET
### (Formulario y Registro para Atencion Medica de Confinados)

**Staff member will complete this section if inmate is unable to read or write.**

INSTRUCTIONS (INSTRUCCIONES)
You must fill out this form completely, numbers 1-11.
(Debe de llenar este formulario completamente, numeros 1-11.)

1. Date (Fecha) **11/3/2005**    2. Unit (Unidad) **"A-upper"**    3. Work (Trabajo) **Conve/ouse**

4. Name (Nombre) **Alexander, K.S**    5. Register Number (Numero de Registro) **06660-424**

6. Complaint (Queja), What is your problem? (Cual es su problema?) _____
**AS per Request of S.A. Holoncik, Institution Warden,
I would like to request Rescheduling of Ex-Ray of my
Broken and dislocated Right-hand.   Thank You**

7. History of medical problems (Historial de problemas medicos):
- ☐ diabetes (diabetes) **NO**
- ☐ hypertension (hipertension) **NO**
- ☐ cardiac disease (enfermedad cardiaca) **NO**
- ☐ immunocompromised (inmunocomprometido) **NO**
- ☐ asthma (asthma) **NO**

8. History of mental health problems (Historial de problemas mentales):
- ☐ yes (si)
- ☑ no (no)

9. How long have you had this problem? (Durante cuanto tiempo ha tenido este problema?)
   Days (Dias) _____ Months (Meses) **9 mons.** Years (Anos) _____

10. Are you on any medication (s) at present? (Esta usted tomando alguna (s) medicinas actualmente?)
**Yes**

11. Signature (Firma) *Kenneth Alexander*

*****************************************************************************
**TO BE FILLED OUT BY TRIAGE PERSONNEL:**

12. Date seen: _____ 13. Time Seen: _____ **A00026**

Response to Request for Administrative Remedy
Case No.: 394508-F1

This is in response to your Request for Administrative Remedy,
received November 9, 2005, in which you request to re-schedule
x-rays of your hand that you previously refused.

Your request has been investigated.  X-rays of your hand were
completed on November 15, 2005.  You were evaluated by the
surgeon on November 16, 2005.

Accordingly, your Request for Administrative Remedy is granted.
If you are not satisfied with this reply, you may appeal on the
appropriate form (BP-10) to the Regional Director within 20 days
of the date of this response.


_____          _____
S.A. Holencik, Deputy Warden                Date   12/6/05

**A00027**

## REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION

**INSTITUTION (CIRCLE ONE)**    **FCI I**     **FCI II**     **USP**

**NOTICE TO INMATE:** Be advised that before filing a Request for Administrative Remedy form BP-229 (except as provided in §542.13(b)), you shall attempt to informally resolve your complaint through your Correctional Counselor. Briefly state the complaint below and list what efforts you have made to resolve your complaint informally. State names of staff contacted.

Date issued: _11/03/2005_   Date returned to Counselor: _11/03 20_

Inmate's Name: _Alexander L.S._   Reg. No: _06000-___

**INMATE'S COMMENTS:**

1. Complaint: _Denial of surgeons state to Request a recommended Surgery, & En-Rays_

2. Efforts you have made to informally resolve: _Numerous form Requests to pen-a Succ. and to warden's offi_

3. Names of staff you contacted: _M. ___ in Anc ___

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Staff Use Only*

Steps Taken to Resolve Complaint: _____

_____

Conclusion:_____

_____

_____

Counselor: _____  Date:_____

Unit Manager's Comments:_____

_____

_____

Unit Manager:_____  Date:_____

**Distribution:** If complaint is **NOT** informally resolved - Forward this original form attached to BP-9 Form to the Administrative Remedy Clerk

**Date BP-9 Issued:**_____

**A00028**

24/24/2005  19:15   9372785128                    ACCW MEDICAL                    PAGE

## MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT
## U.S. Department of Justice

| TB Clearance ☑Yes ☐No |
|---|
| 1) PPD Completed: 6-21-04 _Date_ |
| Results: 0mm (neg) |
| 2) CXR Completed: N/A _Date_ |
| Results: N/A |
| 3) Health Authority |
| Clearance: cleared |
| Sign _04-04-05_ _Date_ |
| Note: Dates listed above must be within one year of this transfer. |

**I. PRISONER/ALIEN**

Name: Alexander, Kenneth  Prisoner/Alien Reg. #: 06660-924  D.O.B.: 5-30-54

Departed From: US ACC-W        Date Departed:

Destination: USM         Reason for Transfer:

Dist. Name:         Dist. #        Date in Custody:

**II. Current Medical Problems**

1. fracture 5th metacarpal
2. _____
3. _____
4. _____
5. _____
6. _____

| Medication | Dose | Route | Instructions For Use (Include proper time for Administering) | Stop |
|---|---|---|---|---|
| Percocesic | ii | po | tid x 30 days | 5-2-05 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Additional Comments:

NKA

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR?  ☑Yes  ☐No  If no, Why not?

Is prisoner medically able to travel by airplane?  ☑Yes  ☐No  If no, Why not?

Is prisoner medically able to stay overnight at another facility en route to destination?  ☑Yes  ☐No  If no, Why not?

Is there any medical reason for restricting the length of time prisoner can be in travel status?  ☐Yes  ☑No  If yes, state reason:

Does prisoner require any medical equipment while in transport status?  ☐Yes  ☑No  If yes, What equipment?

Sign & Print Name- Certifying Health Authority:         Phone Number:         Date Signed:

A00043

A00042

BP-S669.60 **MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT** CDFRM
MAY 99
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TB Clearance Yes ☒ No ___ | Name: Alexander, Kenneth / Prisoner/Alien Reg. # 06060-424 / D.O.B. 5/30/54 |
| 1. PPD Completed: 6-21-04 Date | Departed From: SET / Date Departed: 4-21-05 |
| Results: 0 mm | Destination: SHE / Reason for Transfer: Non-medical |
| 2. CXR Completed: ___ Date | Dist. Name: ___ / Dist.#: ___ / Date in Custody: _/_/_ |
| Results: ___ | |
| 3. Health Authority Clearance: Clean | |

Sign: *Mary Sidhom* 4/18/05
SIDHOM, MLP
FDC SEATAC
Note:
Dates listed above must be within one year of this transfer.

Current Medical Problems:
1. Fracture d R hand comminuted displaced
2. Never seen to referral to
3. Hand Surgeon needed
6.

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| Ranitidine | 150 | Oral | Two at 0800 and 2000 | ✗ |
| Naproxen | 275 mg | oral | Two at 800 + 2000 | ✗ |
| Oxycontin | 20 | oral | One at 800 and 2000 | ✗ |
| | | | DO NOT DISCONTINUE MEDICATIONS UNTIL CLINICALLY ASSESSED | |

FDC SHERIDAN  101363

1 X ____ Fm 20 THIS INMATE WAS SEEN IN RECEIVING AND DISCHARGE AND HAD NO ACUTE MEDICAL PROBLEMS. NO MEDICATIONS. APPROVED FOR CONTINUOUS TRANSPORT.
D. KEENE, PA-C, LCDR USPHS
FQI/FPC/FDC SHERIDAN, OR
4/21/05

Additional Comments - Blood and Body Fluid Precautions
ALLERGY - Penicillin

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ☑ Yes ___ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ☑ Yes ___ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ☑ Yes ___ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ___ Yes ☑ No | If yes, state **A00044** |
| Does prisoner require any medical equipment while in transport status? | ___ Yes ☑ No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority | Phone Number | Date Signed |
|---|---|---|
| *Mary Sidhom* SIDHOM, MLP FDC SEATAC | 206-870-5700 | 4/18/05 |

| Name<br>ALEXANDER, Kenneth | Register Number<br>06660-424 | Date<br>May 16, 2005 |
|---|---|---|

| Unit Manager<br>Jeff L. Brewer | Ext.: 754 | Expected date of transfer/release<br>11-21-2005 |
|---|---|---|

| A. Mental Health Status | B. Medical Status |
|---|---|
| ___ 1. No evidence of mental problems.<br>___ 2.**History of mental health problems; no current symptoms; no follow up care needed.<br>___ 3.**Mild or recurring mental health problems managed without medication; may require periodic intervention and supervision.<br>___ 4.**Mental health problems under control with medication; needs follow up and supervision.<br>___ 5.**Mental health problems; noncompliant with recommended treatment; will need close monitoring and follow up care.<br>___ 6.**Is in the process of diagnostic evaluation or specific treatment. | ___ 1. Healthy with no evidence of significant medical problems.<br>___ 2.**Minor medical problems only.<br>✓ 3.**Has significant medical disorder; under good control and will require follow up care.<br>___ 4.**Has one or more chronic or recurrent medical problems.<br>___ 5.**Has an uncontrolled significant disorder.<br>___ 6.**Is in the process of diagnostic evaluation or specific treatment. |
| ** List diagnoses and explain in layman's terms | **List diagnoses and explain in layman's terms |

| Mental Health Remarks: | Medical Remarks:<br>3. Hand Fx - fracture<br>needs ortho F/u |
|---|---|

| ___ Transfer recommended    ___ Transfer NOT recommended | ✓ Transfer recommended    ___ Transfer NOT recommended |
|---|---|
| Psychologist/Psychiatrist(BOP staff only)   Date | Medical Officer (or Designee)          Date<br>V Chakmakian, M.D.<br>FCI Lompoc, CA        7-20-05 |

C. Dental Status: ✓ No evidence of significant dental problems.

___ In process of evaluation and treatment. Completion Date: _____.

| ✓ Transfer recommended    ___ Transfer NOT recommended | Dental Officer (or Designee)          Date<br>V Chakmakian, M.D.<br>FCI Lompoc, CA        7-20-05 |
|---|---|

D. Chronic Medications/Special Needs (i.e., equipment, diet)

| | |
|---|---|
| 1. _____ | 5. _____ |
| 2. _____ | 6. _____ |
| 3. _____ | 7. _____ |
| 4. _____ | 8. _____ |

DEA CONTROLLED MEDICATION(S)? ✓ No    ___ Yes - IF YES, UNIT STAFF MUST CONTACT CCM OFFICE

TB CLEARANCE: PPD Completed: Date 4-24-05   Results: Ø   mm      **A00045**

CXR Completed: Date _____   results: _____

Distribution: Original Filed Med. 1 unless FCI Exempt; One-Master Record File; One Comp-Psychology File



U.S. ~~Department of Justice~~
**Federal Bureau of Prisons**

*Federal Correctional Complex*

# Health Services Department
### Victorville, California

## NOTIFICATION TO INMATE OF MEDICAL ACTION / RESULTS

Alexander Kenneth  # 06660-424          9-29-05
**Inmate name**          **register number**          **Date**

A-344
**Unit**

**The following action or medical results are being notified to you as follows:**

You will have a new X-ray of
your (Rt) hand and you will
see a hand surgeon.

**Medical staff signature**                    09-29-05
                                **Date**

A00046

**MEDICAL REPORT OF DUTY STATUS**

NAME MCFXANDER  KENNETH

HOSPITAL REGISTRATION NO. 06660-424

ADDRESS

| | | | |
|---|---|---|---|
| **INPATIENT** | INCLUSIVE DATES OF TREATMENT From: 5-6-05 | Through: | |
| **OUTPATIENT** | DATE | TIME ARRIVED | TIME DEPARTED |
| | | A.M./P.M. | A.M./P.M. |

| | | | | |
|---|---|---|---|---|
| **DISPOSITION** | Can resume usual occupation | DATE 5-6-05 | Can perform limited duties as specified under REMARKS | DATE |
| | To return to clinic | DATE | To be hospitalized | DATE |
| | OTHER (Specify) | | | |

REMARKS

Convalescent 30 days

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE |
|---|---|---|
| FCI, Lompoc | D. NGUYEN, MD FCI LOMPOC, CA | 5-6-05 |

IHS-131 (1/88)

A00047

FORMGRAPHICS, INC. 1-800-808-8716

## MEDICAL REPORT OF DUTY STATUS

NAME Alexander

HOSPITAL REGISTRATION NO. 06660-424

ADDRESS

| | | | | | |
|---|---|---|---|---|---|
| **INPATIENT** | INCLUSIVE DATES OF TREATMENT From: 8/29/05 | | Through: 9/29/05 | | |
| **OUTPATIENT** | DATE | TIME ARRIVED | A.M./P.M. | TIME DEPARTED | A.M./P.M. |
| **DISPOSITION** | Can resume usual occupation | | DATE | Can perform limited duties as specified under REMARKS | DATE |
| | To return to clinic | | DATE | To be hospitalized | DATE |
| | OTHER (Specify) | | | | |

REMARKS

Medical Convalescen x 30 day
Lower Bunk

V. Chakmakian, 
FCI Lompoc, CA

NAME AND LOCATION OF HOSPITAL OR CLINIC

SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN
J. DeLos Reyes, MLP
FCI Lompoc, CA

DATE 8/29/05

HB-131 (US6)

A00048

---

FORMGRAPHICS, INC. 1-800-808-8716

## MEDICAL REPORT OF DUTY STATUS

NAME Alexander

HOSPITAL REGISTRATION NO. 06660 -42

ADDRESS LOF

| | | | | | |
|---|---|---|---|---|---|
| **INPATIENT** | INCLUSIVE DATES OF TREATMENT From: | | Through: | | |
| **OUTPATIENT** | DATE 7/29/05 | TIME ARRIVED | A.M./P.M. | TIME DEPARTED | A.M./P.M. |
| **DISPOSITION** | Can resume usual occupation | | DATE | Can perform limited duties as specified under REMARKS | DATE |
| | To return to clinic | | DATE | To be hospitalized | DATE |
| | OTHER (Specify) | | | | |

REMARKS

medical convalescence x 30 day
— lower bunk

YEN, MD
CA

NAME AND LOCATION OF HOSPITAL OR CLINIC

SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN

A00048

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# MEDICAL DUTY STATUS

| FEDERAL CORRECTIONAL INSTITUTION FCI Victorville | UNIT | DETAIL | DATE 9-6-05 |
|---|---|---|---|

| NAME _Alexander Kenneth_ | NUMBER 04660-424 | MEDICAL STAFF SIGNATURE GUIANG M.D. |
|---|---|---|

PLEASE BE ADVISED THE ABOVE NAMED INMATE HAS BEEN:

☐ Admitted to hospital: Time _____      ☐ Discharged from hospital: Time _____

## MEDICAL CLASSIFICATION STATUS

☐ Idle: Reason _MEDICAL REASON_ until _9-12-05_ 20___

☐ Convalescence: Restrictions _____

_____ until _____ (Date) 20___

☐ Restricted Duty: State type of restrictions _____

_____ until _____ (Date) 20___

☐ Medically Unassigned: (Re-evaluate every 30 days)

☐ Full Duty

☐ Other: _AUTHORIZED LOWER BUNK X 30 DAYS_
_UNTIL PHYSICAL EVALUATION_

## DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disablity not to exceed three days duration. Restricted to quarters except for meals, religious services or sick call. No recreation.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Full institutional and limited recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY** - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental handicap. List handicap, limitation and time period.

**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

**FULL DUTY** - No work restrictions because of physical, medical or mental disability.

**CONSTANT MEDICAL ATTENTION** - patient requires *(by history)* frequent visits to sick call and should remain in institution where the necessary treatment is available at all times.

WHITE - Medical Jacket
GREEN - Unit Officer
CANARY - Inmate Copy
PINK - Medical Records
BLUE - Recreation Department
GOLDENROD - Detail Officer

FCI VICTORVILLE
HEALTH SERVICES
PO BOX 5400
ADELANTO, CA 92301

A00050

Printed on Recycled Paper

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# MEDICAL DUTY STATUS

| FEDERAL CORRECTIONAL INSTITUTION FCI Victorville | UNIT | DETAIL | DATE 9/9/05 |
|---|---|---|---|
| NAME EXANDER, KENNETH S. NUMBER 06660-424 DOB 05/30/1954 | | MEDICAL STAFF SIGNATURE V. MALINGKAS, MLP FCI VICTORVILLE | |

## PLEASE BE ADVISED THE ABOVE NAMED INMATE HAS BEEN:

FCI VICTORVILLE

☐ Admitted to hospital: Time _____          ☐ Discharged from hospital: Time _____

## MEDICAL CLASSIFICATION STATUS

☐ Idle: Reason _____ until _____ (Date) 20 ____

☒ Convalescence: Restrictions *avoid heavy lifting over 15 lbs, avoid use of (R) hand, & sports - until seen by* until ___10/9___ (Date) 20 _05_ *Ortho for further evaluation*

☐ Restricted Duty: State type of restrictions _____

_____ until _____ (Date) 20 ____

☐ Medically Unassigned: (Re-evaluate every 30 days)

☐ Full Duty

☐ Other: _____

_____

_____

## DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disablity not to exceed three days duration. Restricted to quarters except for meals, religious services or sick call. No recreation.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Full institutional and limited recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY** - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental handicap. List handicap, limitation and time period.

**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

**FULL DUTY** - No work restrictions because of physical, medical or mental disability.

**CONSTANT MEDICAL ATTENTION** - patient requires *(by history)* frequent visits to sick call and should remain in institution where the necessary treatment is available at all times.

WHITE          - Medical Jacket
GREEN          - Unit Officer
CANARY         - Inmate Copy
PINK           - Medical Records
BLUE           - Recreation Department
GOLDENROD      - Detail Officer

FCI VICTORVILLE
HEALTH SERVICES
PO BOX 5400
ADELANTO, CA 92301  A00051

Printed on Recycled Paper

U.S. DEPARMENT OF JUSTICE
Federal Bureau of Prisons

# MEDICAL DUTY STATUS

| FEDERAL CORRECTIONAL INSTITUTION FCI Victorville | UNIT | DETAIL | DATE 10/6/05 |
|---|---|---|---|

| NAME Alexander, Kenneth | NUMBER 06660-424 | MEDICAL STAFF SIGNATURE V. MALINGKAS, MLP FCI VICTORVILLE |
|---|---|---|

## PLEASE BE ADVISED THE ABOVE NAMED INMATE HAS BEEN:

☐ Admitted to hospital: Time _____     ☐ Discharged from hospital: Time _____

### MEDICAL CLASSIFICATION STATUS

☐ Idle: Reason _____ exon with 10/6/05 _____ until _____ 20 ___ *(Date)*

☒ Convalescence: Restrictions avoid use _____

_____ until _____ 20 ___ *(Date)*

☐ Restricted Duty: State type of restrictions _____

_____ until _____ 20 ___ *(Date)*

☐ Medically Unassigned: (Re-evaluate every 30 days)

☐ Full Duty

☒ Other: Avoid the use of (R) hand; avoid heavy lifting over 15 lb. x 3 months Expire 1/6/06

### DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disablity not to exceed three days duration. Restricted to quarters except for meals, religious services or sick call. No recreation.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Full institutional and limited recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY** - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental handicap. List handicap, limitation and time period.

**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

**FULL DUTY** - No work restrictions because of physical, medical or mental disability.

**CONSTANT MEDICAL ATTENTION** - patient requires *(by history)* frequent visits to sick call and should remain in institution where the necessary treatment is available at all times.

WHITE - Medical Jacket
GREEN - Unit Officer
CANARY - Inmate Copy
PINK - Medical Records
BLUE - Recreation Department
GOLDENROD - Detail Officer

FCI VICTORVILLE
HEALTH SERVICES
PO BOX 5400
ADELANTO, CA 92 **A00052**

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# MEDICAL DUTY STATUS

| FEDERAL CORRECTIONAL INSTITUTION FCI Victorville | UNIT A/U | DETAIL F/S | DATE 10/17/05 |
|---|---|---|---|

NAME 06660-424  ALEXANDER, KENNETH B   NUMBER

DOB 05/30/1954

MEDICAL STAFF SIGNATURE
*A. Clay, PA-C*
A. CLAY, PA-C

PLEASE BE ADVISED THE ABOVE NAMED INMATE HAS BEEN VICTORVILLE

**FCI VICTORVILLE - I**

☑ Admitted to hospital: Time _____          ☐ Discharged from hospital: Time _____

## MEDICAL CLASSIFICATION STATUS

☐ Idle: Reason _____ until _____ 20 ___

☒ Convalescence: Restrictions _____ NO WORK _____
_____ until 11/18 *(Date)* 20 05

☐ Restricted Duty: State type of restrictions _____
_____ until _____ *(Date)* 20 ___

☐ Medically Unassigned: (Re-evaluate every 30 days)

☐ Full Duty

☐ Other: _____
_____
_____

## DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disability not to exceed three days duration. Restricted to quarters except for meals, religious services or sick call. No recreation.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Full institutional and limited recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY** - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental handicap. List handicap, limitation and time period.

**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

**FULL DUTY** - No work restrictions because of physical, medical or mental disability.

**CONSTANT MEDICAL ATTENTION** - patient requires *(by history)* frequent visits to sick call and should remain in institution where the necessary treatment is available at all times.

WHITE          - Medical Jacket
GREEN         - Unit Officer
CANARY      - Inmate Copy
PINK            - Medical Records
BLUE           - Recreation Department
GOLDENROD  - Detail Officer

FCI VICTORVILLE
HEALTH SERVICES
PO BOX 5400
ADELANTO, CA 92301

**A00053**

Printed on Recycled Paper

U.S. DEPARMENT OF JUSTICE
Federal Bureau of Prisons

# MEDICAL DUTY STATUS

| FEDERAL CORRECTIONAL INSTITUTION FCI Victorville | UNIT A-upper | DETAIL FS AM | DATE 10/14/05 |
|---|---|---|---|

NAME
ALEXANDER, KENNETH S.
06660-424

NUMBER

MEDICAL STAFF SIGNATURE
mlc AM

L.M. CASTILLO, MLP
FCI VICTORVILLE

DOB 05/30/19 PLEASE BE ADVISED THE ABOVE NAMED INMATE HAS BEEN

FCI VICTORVILLE

☐ Admitted to hospital: Time _____    ☐ Discharged from hospital: Time _____

## MEDICAL CLASSIFICATION STATUS

☐ Idle: Reason _____ until _____ 20 ___

☒ Convalescence: Restrictions _limited use of (R) hand_

_____ until _10-23_ 20 _05_
(Date)

☐ Restricted Duty: State type of restrictions _____

_____ until _____ 20 ___
(Date)

☐ Medically Unassigned: (Re-evaluate every 30 days)

☐ Full Duty

☐ Other: _____

_____

_____

## DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disabilty not to exceed three days duration. Restricted to quarters except for meals, religious services or sick call. No recreation.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Full institutional and limited recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY** - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental handicap. List handicap, limitation and time period.

**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

**FULL DUTY** - No work restrictions because of physical, medical or mental disability.

**CONSTANT MEDICAL ATTENTION** - patient requires *(by history)* frequent visits to sick call and should remain in institution where the necessary treatment is available at all times.

WHITE       - Medical Jacket
GREEN       - Unit Officer
CANARY      - Inmate Copy
PINK        - Medical Records
BLUE        - Recreation Department
GOLDENROD   - Detail Officer

FCI VICTORVILLE
HEALTH SERVICES
PO BOX 5400   A0003-21
ADELANTO, 92301

Printed on Recycled Paper

U.S. DEPARMENT OF JUSTICE
Federal Bureau of Prisons

# MEDICAL DUTY STATUS

| FEDERAL CORRECTIONAL INSTITUTION<br>FCI Victorville | UNIT<br>A/U | DETAIL<br>F/S | DATE<br>11/14/05 |
|---|---|---|---|

| NAME ALEXANDER, KENNETH S.<br>06660-424 | NUMBER | MEDICAL STAFF SIGNATURE<br>April Clay, PA-C<br>A. CLAY, PA-C<br>FCI VICTORVILLE |
|---|---|---|

DOB 05/30/1954    PLEASE BE ADVISED THE ABOVE NAMED INMATE HAS BEEN:

☐ Admitted to hospital: Time _____    ☐ Discharged from hospital: Time _____

## MEDICAL CLASSIFICATION STATUS

☐ Idle: Reason _____ until _____ 20 __
(Date)

☑ Convalescence: Restrictions ____ NO WORK _____

_____ until 12 15 ____ 20 15
(Date)

☐ Restricted Duty: State type of restrictions _____

_____ until _____ 20 __
(Date)

☐ Medically Unassigned: (Re-evaluate every 30 days)

☐ Full Duty

☐ Other: _____

_____

## DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disability not to exceed three days duration. Restricted to quarters except for meals, religious services or sick call. No recreation.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Full institutional and limited recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY** - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental handicap. List handicap, limitation and time period.

**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

**FULL DUTY** - No work restrictions because of physical, medical or mental disability.

**CONSTANT MEDICAL ATTENTION** - patient requires *(by history)* frequent visits to sick call and should remain in institution where the necessary treatment is available at all times.

| WHITE | - Medical Jacket |
|---|---|
| GREEN | - Unit Officer |
| CANARY | - Inmate Copy |
| PINK | - Medical Records |
| BLUE | - Recreation Department |
| GOLDENROD | - Detail Officer |

FCI VICTORVILLE
HEALTH SERVICES
PO BOX S A00055
ADELANTO, CA 92301

Printed on Recycled Paper

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# MEDICAL DUTY STATUS

| FEDERAL CORRECTIONAL INSTITUTION FCI Victorville | UNIT *Fryyer* | DETAIL *Unassigned* | DATE *12/29/05* |
|---|---|---|---|

NAME **ALEXANDER, KENNETH**
**06660-424**

NUMBER

MEDICAL STAFF SIGNATURE
*L.M. Castillo*
L. M. CASTILLO, MLP
FCI VICTORVILLE

DOB 05/30/1964

## PLEASE BE ADVISED THE ABOVE NAMED INMATE HAS BEEN:

☐ Admitted to hospital: Time _____     ☐ Discharged from hospital: Time _____

## MEDICAL CLASSIFICATION STATUS

☐ Idle: Reason _____ until _____ 20 ____
(Date)

☐ Convalescence: Restrictions _____

_____ until _____ 20 ____
(Date)

☐ Restricted Duty: State type of restrictions _____

_____ until _____ 20 ____
(Date)

☑ Medically Unassigned: (Re-evaluate every 30 days) *due to medical reason*

☐ Full Duty

☐ Other: _____

_____

_____

## DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disablity not to exceed three days duration.  Restricted to quarters except for meals, religious services or sick call.  No recreation.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness.  Full institutional and limited recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY** - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental handicap.  List handicap, limitation and time period.

**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical reasons.  Condition generally expected to last indefinitely.

**FULL DUTY** - No work restrictions because of physical, medical or mental disability.

**CONSTANT MEDICAL ATTENTION** - patient requires *(by history)* frequent visits to sick call and should remain in institution where the necessary treatment is available at all times.

| WHITE | - Medical Jacket |
|---|---|
| GREEN | - Unit Officer |
| CANARY | - Inmate Copy |
| PINK | - Medical Records |
| BLUE | - Recreation Department |
| GOLDENROD | - Detail Officer |

FCI VICTORVILLE
HEALTH SERVICES
PO BOX 5400
ADELANTO, CA 92301

A00056

Printed on Recycled Paper

U.S. DEPARMENT OF JUSTICE
Federal Bureau of Prisons

# MEDICAL DUTY STATUS

| FEDERAL CORRECTIONAL INSTITUTION FCI Victorville | UNIT A-Upper | DETAIL F/S | DATE 1-30-06 |
|---|---|---|---|

| NAME Alexander Kenneth | NUMBER 06660-424 | MEDICAL STAFF SIGNATURE M. Bisla, MLP |
|---|---|---|

### PLEASE BE ADVISED THE ABOVE NAMED INMATE HAS BEEN:

☐ Admitted to hospital: Time _____    ☐ Discharged from hospital: Time _____

## MEDICAL CLASSIFICATIONS ARE:

☐ Idle: Reason _____ until _____ 20 ___
                                                    *(Date)*

☐ Convalescence: Restrictions _____

_____ until _____ 20 ___
                                           *(Date)*

☐ Restricted Duty: State type of restrictions _____

_____ until _____ 20 ___
                                           *(Date)*

☒ Medically Unassigned: (Re-evaluate every 30 days)    Till 2-28-06

☒ Full Duty

☐ Other: _____

_____

_____

## DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disability not to exceed three days duration. Restricted to quarters except for meals, religious services or sick call. No recreation.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Full institutional and limited recreational privileges, subject only to medical limitation.

**RESTRICTED DUTY** - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental handicap. List handicap, limitation and time period.

**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

**FULL DUTY** - No work restrictions because of physical, medical or mental disability.

**CONSTANT MEDICAL ATTENTION** - patient requires *(by history)* frequent visits to sick call and should remain in institution where the necessary treatment is available at all times.

WHITE        - Medical Jacket
GREEN        - Unit Officer
CANARY       - Inmate Copy
PINK         - Medical Records
BLUB         - Recreation Department
GOLDENROD    - Detail Officer

**A00057**

*Ef: JOHN CONNOR*
*Client: KENNETH ALEXANDER*
*CASE: 054/2216*
*SS# 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*

What is the applicant's diagnosis?  _malunion of a prox 5ⁿ Metacarpal fracture_

Is the applicant expected to recover from this illness or condition?    ☒ Yes        ☐ No

If yes, what is the expected length of time required for recovery or remission?  (please circle)

Less than one month   1   2   3   4   5   6   7   8   9   10   11   (12) or more months

Please provide any other information relevant to the applicant's illness or condition or the expected length of time needed for recovery or remission:

_unusual for ~3wks after surgery then light duty_
_short of road activities, will take 6~months_
_for bone graft & mature_

Please attach any relevant medical records, laboratory or other test results used to confirm the applicant's diagnosis.

Signature of M.D. _____

Date  **MAR 2 0 2006**

Printed Name of M.D.  _DR. LESLIE DEAN_

Type of Practice (family practice, internal medicine, psychiatry, etc.).  _orthopedics_

Address  _3200 Providence Dr. # 200_
_Anchorage, AK 99508_

Phone Number  _907-563-3145_

NOTE TO HEALTH CARE PROVIDERS ABOUT DISCLOSURES OF
PROTECTED HEALTH INFORMATION TO THE DIVISION OF PUBLIC ASSISTANCE

The Division of Public Assistance encourages the use of patient authorization to release protected health information and will attempt to provide a HIPAA-compliant authorization signed by the patient to accompany this request for information. However, please be aware that if an authorization to release information does not accompany this request for information, or if you are unable to obtain an authorization from your patient, HIPAA regulation 45 CFR §164.512(d) specifically permits disclosures of protected health information to government benefit programs for which health information is relevant to beneficiary eligibility without the patient's authorization. If you have questions concerning disclosures of protected health information, please contact the Department of Health and Social Services Privacy Official at (907) 465-4722.

A00059

# INTERSTATE BRANDS COMPANIES





2248 Spenard Road / P.O. Box 92517 / Anchorage, AK 99509
(907) 277-3548 / Order Fax: 1-800-478-1925 / Fax: (907) 277-3243
*274-6429-Direct*

5-11-2006

To Whom It May Concern:

Kenneth Alaxander came to me requesting a letter stating why he does not have insurance with our company.

This is a non-related work injury so Workers Comp does not come into play. Kenneth has not worked 400 hrs with our company to qualify for the union medical; therefore he has no medical coverage from our company at this time.

Company policy is that any non-work related injury or illness requires a "Full work release with no restrictions in order to return to work.

If you have any further questions, I will try and answer them .I can be reached at the above address or phone number.

*Betty Rieth*

Betty Rieth
Interstate Brands Corp
HR Dept

A00060

# FEDERAL CORRECTIONAL INSTITUTION
## LOMPOC, CALIFORNIA

## MEDICAL DUTY STATUS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| ASSIGNMENT | DESCRIPTION | | ASSIGNMENT | DESCRIPTION |
|---|---|---|---|---|
| ( ) ALLRG/WOOL | ALLERGIC TO WOOL | ( ) | ORTH SHOES | ORTHOPEDIC SHOES |
| ( ) ART LIMB | ARTIFICIAL ARM OR LEG | ( ) | ORTHO DISB | ORTHOPEDIC DISABILITY |
| ( ) ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | ( ) | OTHER | OTHER MEDICAL RESTRICTION |
| ( ) BLIND | TOTAL BLINDNESS | ( ) | PARAL LOW | PARTIAL PARALYSIS, LOWER |
| ( ) COLD/WIND | NO EXCESS COLD/WIND | ( ) | PARAL UPR | PARTIAL PARALYSIS, UPPER |
| ( ) DEAF | TOTAL DEAFNESS | ( ) | PARALYSIS | TOTAL PARALYSIS |
| ( ) DRIV RESTR | GLASSES REQUIRED FOR DRIVING | ( ) | PRE-NATAL | PRE-NATAL |
| ( ) HEAR LOSS | PARTIAL HEARING LOSS | (J) | REG DUTY | NO MEDICAL RESTR-REGULAR DUTY |
| ( ) HEAR RESTR | NO WORK IN HIGH NOISE AREA | ( ) | REG DUTY W | REGULAR DUTY W/MED RESTRICTION |
| ( ) HGT RESTR | NO LADDERS/UPPER BUNK | ( ) | REPAT MEN | REPATRIATION MENTAL |
| ( ) HRD1 | HRD REVIEW STATUS GROUP | ( ) | REPAT PHY | REPATRIATION PHYSICAL |
| ( ) HUNGR STRK | HUNGER STRIKE | ( ) | REPAT SUM | REPATRIATION SUMMARY REPORT |
| ( ) LD | LEARNING DISABILITY | ( ) | SMOKE FREE | ASSIGN TO SMOKE FREE WORK/QTRS |
| ( ) LIMIT SUN | NO EXCESS SUN | ( ) | SOFT SHOES | SOFT SHOES ONLY |
| ( ) LOWER BUNK | LOWER BUNK REQUIRED | ( ) | SPEC DIET | SPECIAL DIET-MEDICAL COND |
| ( ) MEN ILL | MENTALLY ILL | ( ) | STAND RSTR | NO PROLONGED STANDING |
| ( ) MEN RET | MENTALLY RETARDED | ( ) | SUIC WATCH | SUICIDE WATCH |
| ( ) MISS EXT L | MISSING LOWER EXTREMITY | ( ) | TERMINAL | TERMINALLY ILL |
| ( ) MISS EXT U | MISSING UPPER EXTREMITY | ( ) | VISION IMP | VISUAL IMPAIRMENT |
| ( ) MS CHR | MED/SURG CHRONIC OUTPATIENT | ( ) | WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS |
| ( ) MS INT | MED/SURG INTERMED OUTPATIENT | ( ) | WGT 20 LB | WEIGHT-NO LIFTING OVER 20 LBS |
| ( ) NO DRIVING | NO DRIVING/MEDICAL CONDITION | ( ) | WGT 25 LB | WEIGHT-NO LIFTING OVER 25 LBS |
| ( ) NO DUTY | NO DUTY DUE TO MED CONDITION | ( ) | WHEELCHAIR | REQUIRES WHEELCHAIR |
| ( ) NO F/S | NO FOOD SERVICE WORK | ( ) | WIRED JAW | WIRED JAW-FOOD DENTR |
| ( ) NO POLLUT | ASSIGN TO POLLUTION FREE AREA | (J) | YES F/S | CLEARED FOR FOOD SERVICE |
| ( ) NOT MED CL | NOT MEDICALLY CLEARED | | | |

A00067

NSN 7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**1200**
**4/11/05**  Admin Notes
Reading glasses +125 given —

                                          J. LENTZ, MLP
                                          FDC SEATAC

**4/12/05**  Admin Notes:
**1600**  Inmate wrote cop-out for hand
pain + sent back c reply for OTC
Tylenol on commissary —

                                          J. LENTZ MLP
                                          FDC SEATAC

**4/13/05**  x-ray of fx read. 5th MC fx noted
**1326**  age difficult to ascertain sent x-ray to
Bards for new film then

                                          BECKY BAY, MD
                                          MEDICAL OFFICER
                                          FDC SEATAC

**4/13/05**  — verbatim
**1329**

                                          BECKY
                                          FDC SEATAC

---

HOSPITAL OR MEDICAL FACILITY
HEALTH SERVICES
FDC SEATAC

SPONSOR'S NAME

PATIENT'S IDENTIFICATION: *(For typed or written entries give: Name — last, first, middle; ID No. or SSN; Sex;
Date of Birth; Rank/Grade.)*

STATUS

DEPART./SERVICE

RECORDS MAINTAINED AT
FDC SEATAC

ALEXANDER
  KENNETH            06660-424
B/M/0/05-30-1954
HT/603    WT/180    HR/BK    EY/BN
CUSTODY/IN

WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600 (REV. 6-97)

**A00068**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION*(Sign each entry)* |
|------|-------------------------------------------------------------------------|

*(handwritten clinical notes, partly illegible)*

4/13/05 1320

R hnd still swollen c/o pain over/proximal 5th CMC joints

Neurovasc intact car bogle fist

flexion 2/5  1/2/3/4  ? able to perform fist

assess  Ex  5th MC  (R) hnd

a fx 2mo ago never casted

x-ray  ? non union

p Obtain x-ray to Radiology then pm to ortho

② Naproxen 275 y ĪĪ po BID po X 30d

③ f/u after labs

④ Zantac 150 mg ĪĪ po pm ...  **BECKY BAY, MD**
                                **FDC SEATAC**

④ Zantac 300 ĪĪ po BID X 14d

⑤ gaviscon  2Cew 4 tab po pm X 14d

E  plan revd

**BECKY BAY, MD**
**FDC SEATAC**

MEDICATION ORDERS REVIEWED AND PROCESSED BY
PHARMACY SERVICES. PRIVATE CONSULTATION WAS
OFFERED. MEDICATION INFORMATION SHEET DISPENSED:
③          YES / NO

**CAPT Jim W. Manning, RPh**

FPI. LEX.   Printed on Recycled Paper

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

4/5/05
1245

S/O PE done

Fxd ® 5th finger   X-ray ordered & done

*[illegible signature]*

---

4/15/05
1405

S/O edu additional ~~thing~~ x-ray c/w

BECKY BAY, MD
FDC SEATAC

---

4/18/05
1231

S I am in pain nepraxen cases start upset

O x-rays show displaced Fx of the 5th mc

a possible ortho prob

P ① oxycontin 20 x BID X 30d
for more MM pain & referral to
ortho done & anticipate surg

② splint in place for comfort

③ x-rays to heal symm phed

c pt aware of plan        WAPZ-11069

R 101362
BECKY BAY, MD  BB
FDC SEATAC      7781429

MEDICATION ORDER REVIEWED & PROCESSED BY PHARMACY
SERVICES. PRIVATE CONSULTATION WAS OFFERED
MEDICATION INFORMATION SHEET DISPENSED: YES NO
PHARMACIST: I CINDY ALAN J ANDERSON, RPh
SIGNATURE

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| HEALTH SERVICES FDC SEATAC | | | |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | | |
|---|---|---|---|---|
| ALEXANDER KENNETH | | , middle; ID No or SSN; Sex; | REGISTER NO. | WARD NO. |
| B/M/0/05-30-1954 | 06660-424 | | | |
| HT/603   WT/180   HR/BK   EY/BN | | | | |
| CUSTODY/IN | | CHRONOLOGICAL RECORD OF MEDICAL CARE | | |

Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9 **A00069**

STANDARD FORM 600 (REV. 6-97) BACK

Printed on Recycled Paper

FPI, LEX.

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 04-21-2005 | **INTAKE SCREENING** |

(REVISED 6/03)

(Circle one): NEW   TRANSFER   WRIT RETURN   PAROLE VIOLATOR

CARE LEVEL:   LEVEL 1      LEVEL 2       LEVEL 3        LEVEL 4

LAST PPD:          RESULT:           DUE FOR ANNUAL PPD?   Y  N

IF PPD POSITIVE: INH TREATMENT DOCUMENTED?   Y  N

DATE OF MOST RECENT CXR:_____   (Please order CXR if over one year)

ALLERGIES:

***PAIN MANAGEMENT***

~~DO YOU SUFFER CHRONIC PAIN?  YES   NO   TYPE:~~

~~CURRENTLY TAKING ANY MEDS FOR PAIN?  YES   NO   TYPE:~~

~~PAIN LEVEL:   0   1   2   3   4   5   6   7   8   9   10~~

~~CURRENT MAJOR Dx/CHRONIC ILLNESSES: (Update Problem List)~~

FFT

CURRENT MEDICATIONS:

1 - RANitidine  150 mg  # 2X daily - 7 days.

2 - NAProxen  275 mg  # 2X daily - 7 days.

3 - OXY CONTIN  20 mg  1 tab 2X daily - 7 days.

SIGNATURE:

J. ORELLA, NP, AHSA
FCI/FDC/ANDERSON, OK

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORD MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

ALEXANDER, KENNETH
06660-424

A00070
**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

**DATE** — SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)*

5/20/05
0900
adm note

ortho nd/m

- x-ray of opposite hand then f/u c̄ ortho

V. Chakmakian, M.D.
FCI Lompoc, CA

6/6/05
0730
adm note - reviewed and consultations
x 30 d per MD

E. Casino, MLP
FCI Lompoc

6/16/05
2000

**ADMINISTRATIVE NOTE**

I/M came to the grill wanting a water drink authorization.

I/M was advised to sign up for sick call and get an appointment. I/M is on convalescence because an old fracture of the Rt Hand.

H. Rada, MLP
FCI Lompoc, CA

| HOSPITAL OR MEDICAL FACILITY **FCI LOMPOC, CA** | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO.

Alexander, Kenneth

06660-424

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (075)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

A00077

USP LVN

PRINTED ON RECYCLED PAPER

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 6/30/05 | S: I/m came in complaining of pain on his (R) hand. |
| 0900 | Hx of old fx. I/m waiting for surgery if permit |
| | I/m was already seen by ortho. |
| | O: PR = 77/m      BP: 100/70 |
| | Heent: PRN |
| | (L) Hand: tender w/ deformity. |
| | A: Hx Old Fx (R) Hand |
| | P: Naproxin 275 mg   † tab BID pc #30 w/ #2 refill |
| | Take meds w/ food. |

J. DeLos Reyes, MLP
FCI Lompoc, CA

| | | Ord.Date | ALEXANDER, KENNETH S | J. DELOSREYES |
|---|---|---|---|---|
| 6/30/05 | | 06/30/05 | 06660-424 | (2)Refills |
| 1005 | | Exp Date 09/27/05 | TAKE ONE TABLET TWICE DAILY AS NEEDED WITH FOOD | |
| | | Rx # 171542 | NAPROXEN SODIUM 275 MG TAB    #30 | |

B. YOUNG PHARMACY TECH,
FCI LOMPOC, CA

NGUYEN, MD
CA

6-30-05

A00071b

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12-29-05 | Ord.Date 12/29/05  ALEXANDER, KENNETH S    L. CASTILLO<br>06660-424    (8)Refills<br>TAKE ONE TABLET THREE TIMES DAILY<br>WITH FOOD |
| CONT | Rx #<br>153730   IBUPROFEN 800 MG TAB    #30      H. NGUYEN, RPH<br>FCI VICTORVILLE |
| 1325 | |
| 01-26-06 | ORTHOPEDICS CLINIC |
| 1425 | Pt was seen by the Orthopedic Surgeon today. See<br>SF513 in Section 2 for doctors recommendations.<br>Wants all x-rays taken after this appointment to<br>be included in copy of medical chart. _____<br>Xray 513 added on chart (rv)  **T. LINDNER**<br>**MEDICAL RECORDS TECHNICIAN**<br>**FCC VICTORVILLE**<br><br>JESUS FERNANDEZ, MD<br>FCI VICTORVILLE |

000000

| SPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| PONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
| TIENT'S IDENTIFICATION (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;<br>Date of Birth; Rank/Grade.) | REGISTER NO. | | WARD NO. |

ALEXANDER
06660-424

DOB 05/30/1954

FCI VICTORVILLE - 1

FCI VICTORVILLE
HEALTH SERVICES
PO BOX 5400
ADELANTO, CA 92301

A00072

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

**BP-S360.060    HEALTH INTAKE ASSESSMENT/HISTORY    PART 2**
HEALTH CARE PROVIDER: Will complete the following

| Inmate Name: | Register No: | FCI VICTORVILLE |
|---|---|---|
| MOLINDER KENNETH | 06060-424 | **HEALTH SERVICES** PO BOX 5400 ADELANTO, CA 92301 |

## A. INMATE NEEDS FOLLOW-UP FOR THE FOLLOWING: (Provider will review inmate responses and comment where necessary)

| ISSUE OR CONDITION | COMMENTS (Indicate if urgent treatment is necessary) |
|---|---|
| Infectious disease: ☐Yes ☑No  Draining skin lesions: ☐Yes ☑No  Signs of lice? ☐Yes ☑No  Signs of scabies? ☐Yes ☑No | |
| ☐ Skin condition: include trauma markings, bruises, jaundice, recent tattoos, needle marks, or other indications of drug use | |
| ☐ Drug/alcohol withdrawal | |
| ☐ Mental Health Issues | |
| ☐ Pain Management | (R) 5th metacarpal malunion |
| ☐ Physical disabilities/deformities | (R) 5th metacarpal malunion on splint |
| ☐ Cardiovascular disease | |
| ☐ Diabetes | |
| ☐ Asthma | |
| ☐ Cancer | |
| ☐ Dental problems | |
| ☐ OB/Gyn | |
| ☐ Other: | |

**B.    OTHER COMMENTS OR PHYSICAL FINDINGS: (Record vital signs if indicated)**

**C.  ☐ MEDICATION AND OTHER ORDERS WRITTEN ON SF-600 FORM**

**D.  ☐ MEDICATION CONSENT FORMS SIGNED**

**E.  ☑ INSTRUCTED INMATE HOW TO OBTAIN MEDICAL, DENTAL, AND MENTAL HEALTH SERVICES**

| Provider Signature: | Printed Name/Credentials: M. GUIANG, MLP FCI VICTORVILLE  JESUS FERNANDEZ, MD FCI VICTORVILLE |
|---|---|
| Date: 9 - 3 - 06 | Time: 1855 |

(This form may replicated via WP)    This form replaces

A00073

dtd MAY 94