AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of **COLUMBIA**

**Leave to file without Prepayment of Cost GRANTED**

*Royce C. Lamberth*
U.S.D.J.
6/27/06

KENNETH S. ALEXANDER

    Plaintiff

V.

U.S.A., et al.

    Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**FILED**
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06 1190

I, __Kenneth S Alexander__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    6/12/2006    $218.55    Last worked: 5/13/2006    ~~Amount~~ Interstate 2248 Spenard Anchorage, AK 99509

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☐ | ☒ |
    | e. | Gifts or inheritances | ☐ | ☒ |
    | f. | Any other sources | ☒ | ☐ |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

**RECEIVED**
JUN 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

Anchorage Adult Public Assistance
235 E 8th Av., Ste300
Anchorage, AK 99501

(expected 07/01/2006

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

Self (only)

I declare under penalty of perjury that the above information is true and correct.

06/15/06                    *[signature]*
_____                 _____
Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

1-ITEM: 2 b

06 1190
**FILED**
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| DESCRIPTION | HOURS | CURRENT | YEAR TO DATE |
|---|---|---|---|
| REGULAR | 24.25 | 694.28 | 1110.07 |
| OVERTIME | 3.25 | 233.34 | 233.34 |
| *TOTAL | | 727.62 | 1343.41 |
| FEDERAL TAX | | 33.65 | 34.45 |
| OASDI TAX | | 45.11 | 70.29 |
| MEDICARE TAX | | 10.55 | 16.58 |
| AK STATE TAX | | | |
| AK SUI/SDI | | 3.71 | 5.83 |
| *TOTAL | | 93.02 | 127.75 |
| ANCH. DUES | | 33.19 | 53.02 |
| *TOTAL | | 33.19 | 53.02 |

STATEMENT OF EARNINGS AND DEDUCTIONS - RETAIN FOR YOUR RECORDS    050606  0003976808

---

XXXXX339    ALEXANDER KENNE...

AMT OF CHECK    361.18

| DESCRIPTION | HOURS | CURRENT | YEAR TO DATE |
|---|---|---|---|
| REGULAR | 26.50 | 415.79 | 415.79 |
| *TOTAL | | 415.79 | 415.79 |
| FEDERAL TAX | | .80 | .80 |
| OASDI TAX | | 25.78 | 25.78 |
| MEDICARE TAX | | 6.03 | 6.03 |
| AK STATE TAX | | | |
| AK SUI/SDI | | 2.12 | 2.12 |
| *TOTAL | | 34.73 | 34.73 |
| ANCH. DUES | | 19.88 | 19.88 |
| *TOTAL | | 19.88 | 19.88 |

STATEMENT OF EARNINGS AND DEDUCTIONS - RETAIN FOR YOUR RECORDS    042906  0003976352

# IBC
## INTERSTATE BRANDS COMPANIES

2248 Spenard Road / P.O. Box 92517 / Anchorage, AK 99509
(907) 277-3548 / Order Fax: 1-800-478-1925 / Fax: (907) 277-3243
274-6429 - Direct





5-11-2006

To Whom It May Concern:

Kenneth Alaxander came to me requesting a letter stating why he does not have insurance with our company.

This is a non-related work injury so Workers Comp does not come into play. Kenneth has not worked 400 hrs with our company to qualify for the union medical; therefore he has no medical coverage from our company at this time.

Company policy is that any non-work related injury or illness requires a "Full work release with no restrictions in order to return to work.

If you have any further questions, I will try and answer them. I can be reached at the above address or phone number.

*Betty Rieth*
Betty Rieth
Interstate Brands Corp
HR Dept

A00060

2-Item: 2b

```
ANCHORAGE   APA                          STATE OF ALASKA              797
DIVISION OF PUBLIC ASST                  DIVISION OF PUBLIC ASSISTANCE
235 E 8TH AVE  SUITE 300
ANCHORAGE AK  99501
(907)   269-6000


BENEFIT QUESTIONS:                       CASE NUMBER: 05412216
(907)   269-5777 (ANCH ONLY)             CASELOAD ID: 083071
(1-888) 804-6330
                                         MAILING DATE: 06/07/06
```

KENNETH S ALEXANDER
APT C
3901 TAFT DR
ANCHORAGE AK 99517-3000


            FOOD STAMP CE BENEFIT CHANGES    (APA/IA)
DEAR KENNETH S ALEXANDER

Your food stamp benefit will change (checked below):

    Benefit Increase - Your food stamp benefit will go up in
     . The new amount is $.

XX    Benefit Decrease - Your food stamp benefit will go down in
    JULY 2006.  The new amount is $165.00.

    Zero Benefits - Your food stamp case will stay open, however,
    your household income is too high to get a food stamp benefit.

Since everyone in your household is receiving SSI, your household is
automatically eligible for food stamp benefits.  This means your food
stamp case can stay open, even when your household does not get food
stamps because of too much income, as long as everyone in your
household gets SSI.  However, your food stamp case may close if
someone in your household breaks a program rule and gets disqualified.

Your benefit may go up or down based on changes in your income or
household situation.  You need to report all changes within ten days
of the change.  You can do this in person, by phone, or in writing.
Changes that need to be reported include changes in income, resources,
household size, and address.

If you have any questions, please contact your caseworker.

This action is based on Food Stamp Manual Section 605-6.

Reason for change:
SINCE YOU ARE RECEIVING INTERIM ASSISTANCE OF $280, YOUR FOOD STAMP  #
ALLOTMENT HAS BEEN REDUCED.


                                                          SEE OTHER SIDE

Kenneth Alexander
Balance Sheet
May 18, 2006

## ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Cash on Hand | $ <45.70> | |
| Interstate Brands Corp. | <1,050.00> | |
| Food Stamps | 35.39 | |
| Total Current Assets | | <1,060.31> |
| **Property and Equipment** | | |
| Total Property and Equipment | | 0.00 |
| **Other Assets** | | |
| Total Other Assets | | 0.00 |
| **Total Assets** | $ | <1,060.31> |

## LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Total Current Liabilities | | 0.00 |
| **Long-Term Liabilities** | | |
| Total Long-Term Liabilities | | 0.00 |
| Total Liabilities | | 0.00 |
| **Capital** | | |
| Net Income | $ <1,060.31> | |
| Total Capital | | <1,060.31> |
| **Total Liabilities & Capital** | $ | <1,060.31> |

*[signature] Kenneth Alexander 6/17/06*

Unaudited - For Management Purposes Only

BP-S714.056 **NOTICE OF RELEASE AND ARRIVAL** CDFRM
APR 03

U.S. DEPARTMENT OF JUSTICE                                           FEDERAL BUREAU OF PRISONS

| Inmate Name: Alexander, Kenneth | Reg No.: 06660-424<br>FBI No.: 122646M10<br>_____:<br>(Misc No.) | Institution/Address:<br>FCI I Victorville<br>P.O. Box 5400<br>Adelanto, CA 92301 |
|---|---|---|
| Release Date: 3-06-2006 | | Release Method: Good Conduct Time Release |
| Public Law Days: | Supervision to follow release: (if yes, advise inmate of Obligation to Report for Supervision)<br>_X_ YES ( _3_ years___ months)<br>_____ NO | |

**RELEASED TO:** (Check one)

| _X_ Community<br>Transportation arranged to: Anchorage, AK<br>                                  (City and State)<br>Method of transportation: Shuttle & Airline & Taxi<br>                 (Name of common carrier or other)<br>Date of expected arrival at residence: 03-06-2006 | ____ Detainer<br>Detaining Agency: _____N/A_____<br>Agency Address: _____ |
|---|---|

**SUPERVISION JURISDICTION(s)**

| **Sentencing District**<br>Chief/Director: Joshua M Wyne<br>Supervision Agency: U.S. Probation Office<br>District: Alaska<br>Address: 222 West 7th Ave Box 48<br>           Anchorage AK 99513<br>Phone: (907) 271-5492 | **District of Residence (for relocation cases)**<br>Chief/Director: _____<br>Supervision Agency: _____<br>District: _____<br>Address: _____<br>Phone: ( ) _____ |
|---|---|
| Address of proposed residence: | 222 West 7th Avenue<br>Anchorage AK 99513 |

**DNA STATUS**

| DNA sample required:<br>___ YES    _X_ NO | If YES date sample taken: | DNA Number: |
|---|---|---|

**Obligation to Report for Supervision:** If you were sentenced to, or otherwise required to serve, a term of supervision, this term begins immediately upon your discharge from imprisonment, and you are directed to report for supervision within 72 hours. If you are released from a detaining authority, you shall report for supervision within 72 hours after your release by the detaining authority. If you can not report for supervision in the district of your approved residence within 72 hours, you must report to the nearest U.S. Probation Office for instruction. Failure to obey the reporting requirements described above will constitute a violation of release conditions.

Inmate's Signature (file copy only)

**Distribution:** Inmate Central File (Section 5), Inmate, Chief Supervision Officer in Sentencing District, Chief Supervision Officer in District of Residence, and U.S. Parole Commission (if applicable)

(This form may be replicated via WP)                This form replaces BP-S714 dtd FEB 02

cc: District of Alaska



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

---

P.O. Box 5400
Adelanto, CA 92301

February 14, 2006

Reply to
Attn of:    C. Shaw, A/B Unit Secretary

Subject:    Itinerary for Release

To:    Alexander, Kenneth
       Reg. No. 06660-424

Depart FCC Victorville on Monday, March 06, 2006 at 2:45 p.m. via Superior Shuttle. Pay Shuttle Driver $75.00. Arrive at Ontario Airport at 3:30. Depart Ontario Airport via Alaska Airlines at 4:50 p.m. (itinerary included). Arrive in Anchorage, Alaska, at 11:35 p.m. Travel to residence via taxi.

Taxi (907)562-5353

Point of contact:
C. Shaw, A/B Unit Secretary
(760) 246-2400