UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KENNETH S. ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-1190 (EGS) |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the complaint against the United States, the Department of Justice, the Bureau of Prisons and the BOP facilities is DISMISSED without prejudice; it is

FURTHER ORDERED that the complaint against the State of Alaska, the Alaska Department of Corrections and the DOC facilities is DISMISSED without prejudice; and it is

FURTHER ORDERED that, pursuant to 28 U.S.C. § 1406(a), the remainder of this case is TRANSFERRED to the United States District Court for the Central District of California.

SIGNED: EMMET G.  SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: September 26,  2006